UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

Southern Division at London

Eastern District of Kentucky
FILED
JUL 12 2021
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| Daniel Smolko, et al.,<br>Plaintiffs<br>215 Davids Lane<br>Burnside, Kentucky 42519<br><br>v.<br><br>MAPEI Corporation, et al.,<br>Defendants | Case No. 6:21-CV-25-CHB-HAI |

### REQUEST TO AMEND THE PLAINTIFFS' COMPLAINT

To Honorable Judge Claria H. Boom or Judge Hanly A. Ingram:

Dr. Daniel D. Smolko, et al. are submitting this Request to Amend the Initial Complaint of this Case (Case No. 6:21-CV-25-CHB-HAI). There are several issues that were not raised in the initial pleadings. Thank you for your attention to this matter.

Sincerely,

_[signature]_, Date: July 12, 2021
Daniel D. Smolko, Ph.D.

_[signature]_  Date: July 12, 2021
Linna R. Smolko

_[signature]_  Date: July 12, 2021
Joseph N. Smolko

cc: Daniel D. Smolko, Ph.D., Linna R. Smolko, and Joseph N. Smolko (Plaintiffs)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed with the Clerk of Court and mailed via U.S. mail, postage prepaid and/or electronic-mail, on the 12th day of July, 2021 to the following:

**Attorneys for MAPEI Corporation:**

Katherine L. Kennedy
LEWIS BRISBOIS BISGAARD & SMITH LLP
2333 Alexandria Drive
Lexington, KY 40504
(859) 663-9830 (tel)
(859) 663-9829 (fax)
kate.kennedy@lewisbrisbois.com

Sherry Coffee
LEWIS BRISBOIS BISGAARD & SMITH LLP
2333 Alexandria Drive
Lexington, KY 40504
(859) 663-9830 (tel)
(859) 663-9829 (fax)
sherry.coffey@lewisbrisbois.com

Mindy Stallmeyer
LEWIS BRISBOIS BISGAARD & SMITH LLP
2333 Alexandria Drive
Lexington, KY 40504
(859) 663-9830 (tel)
(859) 663-9829 (fax)
mindy.stallmeyer@lewisbrisbois.com

**Attorneys for Lowe's Home Centers, LLC:**

Laura L. Mays
Steptoe & Johnson PLLC
One Paragon Centre
2425 Harrodsburg Road
Suite 300
Lexington, Kentucky 40504
(859) 219-8216 (tel)
(859) 255-6903 (fax)
laura.mays@steptoe-johnson.com

Gregory A. Jackson
Steptoe & Johnson, PLLC - Lexington
One Paragon Centre
2525 Harrodsburg Road
Suite 300
Lexington, KY 40504
859-219-8216
859-255-6903 (fax)
gregoryjackson719@gmail.com


*Daniel D. Smolko, Ph.D.* Date: July 12, 2021
_____
Daniel D. Smolko, Ph.D.