UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

**DANIEL SMOLKO, ET AL.**     **PLAINTIFFS**

**V.**     **CIVIL ACTION NO: 6:21-cv-00025**

**MAPEI CORPORATION ET AL.**     **DEFENDANTS**

**DEFENDANT, MAPEI CORPORATION'S MOTION FOR PROTECTIVE ORDER, SANCTIONS, AND MOTION TO STRIKE**

Defendant, Mapei Corporation, by and through counsel, hereby moves this Court for a protective order and for sanctions pursuant to Fed. R. Civ. P. 26(c) and 37(a) against Plaintiffs for repeated discovery abuses including improperly communicating with Defendant' employees and improperly serving discovery requests to those employees. Defendant also moves this Court to strike improperly served discovery requests by Plaintiffs. The reasons for such motion are set forth in greater detail in the attached Memorandum in Support.

Respectfully submitted,

/s/ Katherine L. Kennedy
Katherine L. Kennedy (92606)
LEWIS BRISBOIS BISGAARD & SMITH LLP
250 East Fifth Street, Suite 2000
Cincinnati, Ohio  45202
(513) 808-9911 / (513) 808-9912
kate.kennedy@lewisbrisbois.com
*Counsel for Defendant,*
*MAPEI Corporation and Lowe's Home Centers, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January 2022, a copy of the foregoing was served on all parties of record via electronic filing in the Court's ECF system, electronic mail and U.S. Mail.

/s/ Katherine L. Kennedy
Katherine L. Kennedy (92606)