# EXHIBIT-1

| | |
|---|---|
| **From:** | Kennedy, Kate |
| **To:** | Daniel Smolko |
| **Cc:** | Muller, Aimee |
| **Subject:** | MAPEI |
| **Date:** | Thursday, December 30, 2021 9:12:45 AM |

Dr. Smolko,

It has come to my attention you have been serving discovery to MAPEI's employees and otherwise communicating with them about this case.

All communications to MAPEI must go through me. Please do not communicate any further with MAPEI employees. If this is an issue, please let me know and I will reach out to the Court and to discuss.

Kate Kennedy

Sent from my iPhone

**Kate L. Kennedy**
**Partner**
Cincinnati
513.808.9914 or x5139914