# EXHIBIT-2

4824-8719-2572.2







-----Original Message-----
From: Daniel Smolko <ddsmolko@gmail.com>
Sent: Friday, December 31, 2021 1:40 PM
To: Carlson, William <WCarlson@mapei.com>
Subject: Admixtures & Self-Leveler Plus?

Mr. William Carlson
MAPEI Admixtures for Concrete
Production Manager
2978 Center Ct.
Eagan, MN, 55121
Tel:
(651) 454-4151
(612) 816-6402


Dear Mr. Carlson,

I became injured because of an ingredient in some of MAPEI's products (Self-Leveler Plus and other products that contain admixtures).  I believe that the manufacturer of this ingredient should never have offered it to other manufacturers for use in their products. I have attached the Discovery document.  You are required by Federal Law to Complete the Interrogatories (30 days).  Also attached are two additional files (a Presentation of Injuries and Toxicologist Report Concerning the Injuries).  I know once you see the questions and the content, why the Federal Court is requiring you to do this.  Most of these suits settle.  This has no bearing on you.

Best Regards,

Dr. Daniel D. Smolko

Contact Information:
E-mail: ddsmolko@gmail.com
Phone: (484) 751-3410