# EXHIBIT-3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

Southern Division at London

| | |
|---|---|
| Dr. Daniel Smolko, et al.,<br>Plaintiffs<br>2622 Bean Road<br>Eagleville, PA 19403<br><br>v.<br><br>MAPEI Corporation and<br>Lowe's Home Centers, LLC<br>Defendants | Case No. 6:21-CV-25-CHB-HAI<br>Judge: Honorable Judge Claria H. Boom<br>Judge: Honorable Judge Hanly A. Ingram<br><br>Action Filed:   11/30/2020 |

**Plaintiffs' First Set of Interrogatories and Request for Production of Documents to Defendant MAPEI Corporation**

TO: Defendant, MAPEI Corporation, MAPEI Corporation's offices, MAPEI Corporation's facilities and MAPEI Corporation's officers and employees thereof.

The following Interrogatories are propounded to the above Defendant and are to be answered by and in accordance with the Federal Rules of Civil Procedure. Answers are requested within thirty (30) days of service hereof at Plaintiffs' mailing address: Dr. Daniel D. Smolko, Linna R. Smolko and Joseph N. Smolko, 2622 Bean Road, Eagleville, PA 19403, as set forth in the Federal Rules of Civil Procedure.

Plaintiffs' First Set of Interrogatories to Defendant MAPEI Corporation

Respectfully Submitted,

_____   Date: December 28, 2021
Daniel D. Smolko, Ph.D.

_____   Date: December 28, 2021
Linna R. Smolko

_____   Date: December 28, 2021
Joseph N. Smolko


cc: Daniel D. Smolko, Ph.D., Linna R. Smolko, and Joseph N. Smolko (Plaintiffs)

**PRELIMINARY INSTRUCTIONS:**

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure Defendant, MAPEI Corporation is required by Federal Law, within thirty (30) days after service hereof, to serve by e-mail and registered mail upon the Plaintiffs, namely Dr. Daniel D. Smolko, sworn answers to the following Interrogatories.

The Defendant MAPEI Corporation's attorney of record shall provide copies of the interrogatory to the enclosed list of officers and employees, preferably by e-mail, at the appropriate offices and manufacturing locations, who shall answer the Interrogatories and provide all of the information available to them concerning the use of Biocides and Isothiazolones (Isothiazolinones) commonly referred to as benzisothiazolinone, methylisothiazolinone, chloromethylisothiazolinone, methylchloroisothiazolionone, octylisothiazolinone, isothiazolinone derivatives thereof, thiazolinone derivatives thereof, thiazole derivatives thereof, in reactants thereof, in monomers or oligomers thereof, in polymers thereof, in unreacted product mixes thereof, in unreacted polymer product mixes thereof, in reacted products thereof, in pre-products thereof, in reaction mass products thereof, in derivatized products thereof, in aqueous products thereof, in hydrated products thereof, in dried products thereof and used in any stage of the manufacturing process thereof used for MAPEI Corporation's bonding primers, cements, self-leveling cements, mortars, muds, grouts, mastics and other products.

The specific products to be investigated are:  1.)  Self-Leveler Plus, 2.)  4:1 Mud Bed Mix (Sand and Cement Mortar Mix), 3.)  Primer T, 4.) Eco Prim T Plus, and 5.) Keracolor S Chamois Sanded Grout.

Isothiazolinones are also called Isothiazolones by old IUPAC nomenclature conventions.  Full chemical names of IUPAC Isothiazolones (Isothiazolinones) are the following: 1,2- benzisothiazol-(2H)-one [CAS: 2634-33-5, EC: 220-120-9]; 1,2-benxisothiazolin-3-one [CAS: 2634-33-5, EC: 220-120-9]; and 5-chloro-2-methyl-4-isothiazolin-3-one [CAS: 26172-55-4, EC: 247-500-7].  Extended Nomenclatures for the same Isothiazolones (Isothiazolinones) are: Benzisothiazolone [CAS: 2634-33-

5, EC: 220-120-9]; Benzisothiazolinone [CAS: 2634-33-5, EC: 220-120-9]; Benxisothiazolinone [CAS: 2634-33-5, EC: 220-120-9]; 1,2-benzisothiazol-3(2H)-one [CAS: 2634-33-5, EC: 220-120-9]; 1,2-benzisothiazolin-3-one [CAS: 2634-33-5, EC: 220-120-9]; 1,2-benxisothiazolin-3-one [CAS: 2634-33-5, EC: 220-120-9]; Chloromethylisothiazolinone [CAS: 26172-55-4, EC: 247-500-7]; methylchloroisothiazolinone [CAS: 26172-55-4, EC: 247-500-7]; 5-chloro-2-methylisothiazol-3(2H)-one [CAS: 26172-55-4, EC: 247-500-7]; 5-chloro-2-methyl-4-isothiazolin-3-one [CAS: 26172-55-4, EC: 247-500-7]; 2-methyl-2H-isothiazol-3-one [CAS: 2682-20-4, EC: 220-239-6]; 2-methyl-2H-isothiazolin-3-one [CAS: 2682-20-4, EC: 220-239-6]; 2-methyl-1,2-thiazol-3(2H)-one [CAS: 2682-20-4, EC: 220-239-6]; 2-methyl-1,2-thiazolin-3(2H)-one [CAS: 2682-20-4, EC: 220-239-6]; 2-methylisothiazol-3(2H)-one [CAS: 2682-20-4, EC: 220-239-6]; 2-methylisothiazolin-3(2H)-one [CAS: 2682-20-4, EC: 220-239-6]; 2-methyl-4-isothiazol-3-one [CAS: 2682-20-4, EC: 220-239-6]; 2-methyl-4-isothiazolin-3-one [CAS: 2682-20-4, EC: 220-239-6]; and Mixtures of these such as (3:1), [CAS: 55965-84-9, EC:611-341-5].

Often Isothiazolones, Isothiazolinones and mixtures of these are also sold under various brand names of:

Acticide

Algucid

Algucid CH 50

Amerstat 250

Euxyl K100

GR 856

Groton TK2

Isocil(R) PC

Kathon CG / LX / WT / 886

Lonzaserve(R) PC

Mergal K7

Metatin GT

Mitco CC / 31/32 L

Mx 323

Neolone CapG / 950 / MxP

Optiphen

Parmetol A / DF / K

Piror P109

Promex Alpha / BM

Proxel AQ / PL / XL2

Salicat MM / MI-10 / K100 / K145

Salimix MCI

Sharomix MI / MT / MCI

Special Mx 323


Searching for **the first word in the above brand names** (such as **"Kathon"**), **the root "isothiazo"** or **the root "thiazo"** may provide easy access to electronic records.

**E-Mailing Instructions:**

Completed copies of the interrogatories are to be answered fully and separately by the officers and employees and the entire contents and the signed interrogatory e-mailed to Dr. Daniel Smolko by January 28, 2022 as follows:

**E-mail: ddsmolko@gmail.com**

Only the originally signed interrogatory (not a photocopy) should be mailed via registered mail to:

**Dr. Daniel D. Smolko**
**2622 Bean Road**
**Eagleville, PA 19403**

**INSTRUCTIONS FOR INTERROGATORIES**

A.     With respect to all questions, all information is to be divulged which is within the knowledge, possession or control of the corporation or company to whom these Interrogatories are addressed, as well as the corporation or company's attorneys, investigators, agents, employees or other representatives.

If you cannot answer the following Interrogatories in full after exercising due diligence to secure the full information to do so, so state and answer to the extent possible, specifying your inability to answer the remainder, stating whatever information or knowledge you have concerning the unanswered portion and detailing what you did in attempting to secure the unknown information.

B.     "Defendant" or "You" or "Your company" includes the named Defendant.

C.     "Predecessors" as used herein means any corporation, company, joint venture, partnership, sole proprietorship or other entity which Defendant has ever acquired through purchase, reorganization or merger.

D.     "Related companies" as used herein means any corporation, company, partnership, joint venture or other entity which at any time owned more than a 10% interest in Defendant. "Related companies" also means any company, corporation, partnership, joint venture or other entity in which Defendant at any time owned more than a 10% interest.

E.     "Document" includes, without limitation, books, records, writings, notes, letters, correspondence with whomever, memoranda and recordings in possession or control of Defendant or Defendant's attorneys, investigators, agents, or employees. Such reference to documents includes originals and copies, microfilms and transcripts made, recorded, produced or reproduced by any means and every means. "Document" also includes the content of any applicable computer database.

F.     Where used with respect to documents, "identify" means to give the date, title, origin, author and addressee (where appropriate) to enable Plaintiffs to retrieve it from a file;

and, further, "identify" means to give the name, address, position or title of the person who has custody of the document. Whenever identification is requested and Defendant is willing to produce the documents voluntarily for inspection and copying without the necessity of Plaintiffs' filing a motion to produce, Defendant may respond by stating when and where the document may be inspected, or by attaching a copy of the requested document to the answers to these Interrogatories.

G.    An "Isothiazolone" or "Isothiazolinone" is as provided on pages 3 through 5 above. In particular those isothiazolones used in the formulation, production or manufacture of bonding primers, cements, self-leveling cements, mortars, muds, grouts, mastics and other related products.

An "Isothiazolinone-containing product" as used herein means any product which included or includes any form of an "Isothiazolone" or "Isothiazolinone" in any part of its initial ingredients, ingredients, incoming chemicals, chemicals, incoming monomers, incoming polymers, initial composition, composition, initial formulation, formulation, inventory, storage or manufacture.

H.    Where appropriate, the singular includes the plural and vice-versa.

**INTERROGATORIES**

INTERROGATORY NO.1:   As to the person(s) answering these Interrogatories, state:

(a)     Name;

(b)     Title or position with Defendant;

(c)     Business address;

(d)     Length of time employed by Defendant;

(e)     State year by year all other positions, titles or jobs you have held with the Defendant;

(I)     The years during which Defendant has been licensed to do business
ANSWER:

within the State(s) of _____.

 (Mainly: State of Pennsylvania and State of Kentucky)

Plaintiffs' First Set of Interrogatories to Defendant MAPEI Corporation

INTERROGATORY NO. 2: State the proper legal name and the present address of the principal place of business of each of Defendant's related companies. For each related company identified, please state:

(a)     Whether or not the company is licensed to do business in the State of Pennsylvania and the State of Kentucky;

(b)     The business relationship between the company and Defendant;

(c)     The nature of the products or services that Defendant sells to or purchases from the company;

(d)     The type of business the company conducts within the State of Pennsylvania and the State of Kentucky;

(e)     Whether or not the company advertises Defendant's products or services within the State of Pennsylvania and the State of Kentucky;

 (f)     Whether or not the company sells Defendant's products or services within the State of Pennsylvania and State of Kentucky; and, if so, the approximate dates of those sales or services in each state in the State of Pennsylvania and the State of Kentucky (example: 1970 to the present);

(g)     Whether or not Defendant has any control, directly or indirectly, over the company's advertising of Defendant's products or services.

ANSWER:

INTERROGATORY NO. 3: State the following concerning this Defendant:

(a)     Full and correct name:

(b)     Principal place of business:

(c)      State of incorporation:

(d)      Date of incorporation, and name of corporation;

(e)      Is this Defendant authorized to transact business in the State of Pennsylvania and the State of Kentucky?

(f)      Does this Defendant have an agent, representative, or place of business in the State of Pennsylvania or the State of Kentucky?  If so, state the name and address of such agent, representative or other place of business;

(g)      Does this Defendant have an agent for service in the State of Pennsylvania or the State of Kentucky?

If so, state the name and address of the registered agent:

ANSWER:

INTERROGATORY NO. 4: Has this Defendant been sued under its correct name? If not, state the correct legal name of the Defendant and provide the information requested in No. 3 above concerning the Defendant as correctly named.

ANSWER:

INTERROGATORY NO. 5: Has this Defendant ever acquired through purchase, reorganization or merger another corporation, company, or business which used or supplied Isothiazolinone-containing chemicals, ingredients or products for use in its facilities?

ANSWER:

INTERROGATORY NO.6:   If the answer to Interrogatory No. 5 is "Yes", then state the following concerning such predecessor:

(a)     Full and correct name;

(b)     The principal place of business;

(c)     State of incorporation;

(d)     Date of acquisition by Defendant;

(e)     Was this business authorized to transact business in the State of Pennsylvania and the State of Kentucky?

(f)     Attach copies of all papers pertaining to the acquisition.

ANSWER:

INTERROGATORY NO. 7: As to any Isothiazolinone-containing chemicals, ingredients or products in any form, has this Defendant, or any predecessor(s):

(a)     Ever purchased Isothiazolinone-containing chemicals, ingredients or products?

(b)     Ever supplied Isothiazolinone-containing chemicals, ingredients or products for use at its facilities?

(c)     Ever sold any Isothiazolinone-containing chemicals, ingredients or products?

(d)     Ever specified Isothiazolinone-containing chemicals, ingredients or products for use by contractors, subcontractors, customers?

ANSWER:

INTERROGATORY NO. 8:  If your Answer to No. 7 (a), (b), (c), or (d) is "Yes", then give the trade name and chemical name of the Isothiazolinone-containing chemicals, ingredients and products, the year the Defendant or predecessor first purchased, sold, provided or specified such Isothiazolinone-containing chemicals, ingredients or products, and the year the Defendant last purchased, sold, provided or specified such Isothiazolinone-containg chemicals, ingredients or products.

ANSWER:

INTERROGATORY NO. 9: What is the name, address, and the job title of each individual who participated in the decision to purchase each such Isothiazolinone-containing chemicals, ingredients or products?

ANSWER:

INTERROGATORY NO. 10:  Excluding MSDS sheets (Material Safety Data Sheets), Do any electronic purchase documentation, process documents, inventory documentation, memoranda, specifications, advertisements, laboratory documents or written materials of any kind or character relating to the decision to purchase said Isothiazolinone-containing chemicals, ingredients or products now exist?

ANSWER:

INTERROGATORY NO. 11:  If so, please state:

(a)      List each written material or document;

(b)      Who presently has possession of each such document;

(c)      Where is it located?

ANSWER:

REQUEST FOR PRODUCTION OF DOCUMENTS # 1:  Please attach a copy of each document set forth in Answer 11a.


INTERROGATORY NO. 12:  In what year did the Defendant first purchase, provide, or specify for use in its facilities, manufacture, formulations or processes any Isothiazolinone-containing chemicals, ingredients or products?

ANSWER:


INTERROGATORY NO. 13:  In what year did the Defendant last purchase, provide, or specify for use in it's facilities, manufacture, formulations or processes any Isothiazolinone-containing chemicals, ingredients or products?

ANSWER:


INTERROGATORY NO. 14:  As to the named Defendant state the various types of Isothiazolinone-containing chemicals, ingredients or products purchased or provided for use in it's facilities, manufacture, formulations or processes.

ANSWER:

REQUEST FOR PRODUCTION OF DOCUMENTS #2:   Please attach a copy of any and all documents listing or specifying Isothiazolinone-containing chemicals, ingredients or products for use in your facilities, manufacture, formulations or processes.


INTERROGATORY NO. 15: Is Defendant, as of the date of answering these Interrogatories, still purchasing or providing for use in its facilities, manufacture, formulations or processes any Isothiazolinone-containing chemicals, ingredients or products?  If so, give the type and brand names of such products and the quantity used per annum:


INTERROGATORY NO. 16:  Was it a foreseeable use of any of these Isothiazolinone-containing products, which Defendant purchased or provided for sale would be installed by someone such as the Plaintiff in their homes, place of business or in their facilities?

ANSWER:

INTERROGATORY NO. 17.: Was it a foreseeable use of any of these Isothiazolinone-containing products which were purchased or provided for sale, may have to be removed, stripped or replaced at any time after installation?

ANSWER:

INTERROGATORY NO. 18: If the answer to Interrogatory 17 is affirmative, please state:

(a)     The name, address, and job titles of the individuals who conducted such tests;

(b)     The results of such tests;

(c)     The date of such tests.

ANSWER:

INTERROGATORY NO. 19:  Did the tests generate any dust or powders?

INTERROGATORY NO. 20:  Did Defendant or any predecessor or related companies measure dust and powder level counts or otherwise monitor the dust and powder levels in areas where Isothiazolinone-containing chemicals, ingredients or products were being used, installed or removed?  If so, state the procedure started, the duration of such procedure and the purpose of such procedure.

INTERROGATORY NO. 21:  If the Answer to Interrogatory 20 is affirmative, please state:

    1)  What were the Isothiazolinone levels.

    2)  What action was taken.

    3)  When was action taken.

 ANSWER:

REQUEST FOR PRODUCTION OF DOCUMENTS #3:   Please attach a copy of the result of any testing set forth in your response to Interrogatory 21.

INTERROGATORY NO. 22: Did Defendant or any predecessor or related companies measure Isothiazolinone concentrations on walls, floor moldings, floors or cold surfaces in areas where Isothiazolinone-containing chemicals, ingredients or products were being used, installed or removed?  If so, state the procedure started, the duration of such procedure and the purpose of such procedure.

INTERROGATORY NO. 23: If the answer to Interrogatory No. 22 is affirmative, please state:

a.      The date of the study.

b.      The nature of the study.

c.      The purpose of the study.

d.      The names of all persons conducting the studies.

ANSWER:

INTERROGATORY NO. 24:  Did Defendant ever give persons who would be applying or removing Isothiazolinone-containing chemicals, ingredients or products instructions concerning safety precautions to use in applying such products?  If so, describe such instructions, to whom they were given, the dates they were given, and the manner of giving such instructions.

ANSWER:

INTERROGATORY NO. 25: Did Defendant ever place any warning signs on the containers of the Isothiazolinone-containing chemicals, ingredients or products utilized in your production, storage or transportation facilities?

 ANSWER:

INTERROGATORY NO. 26:  If you have answered Interrogatory No. 25 in the affirmative, please state:

(a)     On what date did your company issue an order directing a warning be placed on the Isothiazolinone-containing chemicals, ingredients, bagged products, tubbed products, packaged products or other products?

(b)     On what date was such warning actually first placed on such Isothiazolinone-containing chemicals, ingredients, bagged products, tubbed products, packaged products or other products?

(c)     On what date did such Isothiazolinone-containing chemicals, ingredients, bagged products, tubbed products, packaged products or other products, accompanied by such warning, first reach the sales companies, contractors or consumers?

(d)     State the exact wording of the first warning;

(e)     State the exact size of the warning printed on your such packaged products;

(f)     Did your company dictate the exact size of the printed warning?

(g)     Why did your company or its predecessor(s) place such warning on the Isothiazolinone-containing chemicals, ingredients, bagged products, tubbed products, packaged products or other products?

(h)     Did your company place such warning on the Isothiazolinone-containing chemicals, ingredients, bagged products, tubbed products, packaged products or other products, because you received a directive, command, suggestion, legal opinion, or any type of communication (written or otherwise) from any person, firm, corporation governmental agency, committee, association, attorney or institute? If so, from whom and on what date did you receive such directive, command, suggestion, legal opinion, or other type of communication;

(i)  If the wording of the warning has ever been changed or altered, state when it was changed and the exact change in the wording.

 ANSWER:

INTERROGATORY NO. 27:  Did your company ever place any warning directly on any of the Isothiazolinone-containing chemicals, ingredients, bagged products, tubbed products, packaged products or other products it supplied to other businesses, sales companies, contractors or consumers in the United States?

ANSWER:

INTERROGATORY NO. 28:  Were any material safety data sheets listing Isothiazolinones in Defendant's chemicals, ingredients, bagged products, tubbed products, packaged products or other products sold in the United States ever made available by Defendant to other businesses, sales companies, contractors or consumers in the United States?

ANSWER:

INTERROGATORY NO. 29:  If the Answer to Interrogatory No. 28 is in the affirmative, When were these material safety data sheets changed to eliminate the listing of Isothiazolinones in Defendant's chemicals, ingredients, bagged products, tubbed products, packaged products or other products made available to other businesses, sales companies, contractors or consumers in the United States?

ANSWER:

REQUEST FOR PRODUCTION OF DOCUMENTS NO. 4:  If the Answer to Interrogatory No. 28 is affirmative, please attach copies of all material safety data sheets, before and after the change, and state to whom the material safety data sheets were supplied.

ANSWER:

INTERROGATORY NO. 30:  Has your company ever directly advised any businesses, sales companies, contractors or consumers to whom you sold Isothiazolinone-containing chemicals, bagged products, tubbed products, packaged products or other products made available in the United States to prevent or limit values of exposure to the Isothiazolinone vapors and condensates emanating from the chemicals, ingredients or products?

ANSWER:

INTERROGATORY NO. 31:  Did Defendant, its' predecessors or related companies ever make or cause to be made any test or study with regard to Isothiazolinone-

containing products and the quantity, quality or threshold limit values of vapors, dust or particles to which Defendant's employees, applicators/installers and consumers were exposed to while using such products.

ANSWER:

INTERROGATORY NO. 32: If answer to Interrogatory No. 31 is affirmative, state:

a.      The name or names of the person(s) conducting these tests.

b.      The date of the tests.

c.      The results of each test.

ANSWER:

REQUEST FOR PRODUCTION OF DOCUMENTS NO. 5: Attach copies of any reports, findings or memoranda concerning such tests or studies set forth in Response to Interrogatories 31 and 32.

INTERROGATORY NO. 33:  Did Defendant or their worker's compensation insurance carrier(s) ever have any claims made against it for medical diseases or respiratory issues, whether directly or indirectly attributed to or any exposure to Isothiazolinone-containing chemicals, ingredients, bagged products, tubbed products, packaged products or other products?

ANSWER:

INTERROGATORY NO. 34: If the Answer to Interrogatory No. 33 is affirmative, state the name of each such employee.

ANSWER:

REQUEST FOR PRODUCTION OF DOCUMENTS NO. 6: Attach copies of any such claims and copies of all documents relating to the disposition and handling of such claims as set forth in your Answer to Interrogatories No. 33 and 34.

INTERROGATORY NO. 35: Please state whether any officer, director, supervisor or other official of Defendant, its' predecessors or related companies, have knowledge, information or understanding that Isothiazolinone-containing chemicals, ingredients or products would, could or might produce the diseases of:

(a)     Autoimmune Disease or Dysfunction;

(b)     Cognitive or Sensory Issues (Vision, Hearing, Taste, Touch, Smell, Concentration, Mental Focus or Depletion (Loss) Thereof);

(c)     Lesions, Sores, Rashes or Swelling;

(d)     Abdominal Swelling, Respiratory Issues, Lung Cancer;

(g)     Neuropathies, Nerve Paralysis;

(h)     Any other diseases;

(i)     State the name or names of each such official.

ANSWER:

REQUEST FOR PRODUCTION OF DOCUMENTS NO. 7:  Attach a copy of any documents, records or memorandums of any kind concerning the knowledge set forth in your Answer to Interrogatories #35.

INTERROGATORY NO. 36:  List by brand name every Isothiazolinone-containing chemical, ingredient or product which Defendant has purchased or provided for use to employees at its facilities since 1970.  As to each such product, please state the following:

(a)     The type of product or brand name;

(b)     The date the product was purchased or provided;

(c)     The date the use of the product was discontinued;

(d)     The last date the product was purchased;

(e)     The identity of the plant manager(s), managing agent(s), buyer(s), clerk(s), and purchasing agent(s) of Defendant who has knowledge of the products purchased by or used by Defendant.

ANSWER:


INTERROGATORY NO. 37:  Did any manufacturer of Isothiazolinone-containing chemicals, ingredients or products ever inform or advise Defendant or any of Defendant's employees, officers or directors that their products could cause Autoimmune Disease or Dysfunction, Cognitive or Sensory Issues, Lesions, Sores, Rashes, Swelling, Abdominal Swelling, Respiratory Issues, Lung Cancer, Neuropathies, Nerve Paralysis and/or other serious diseases?

ANSWER:


REQUEST FOR PRODUCTION OF DOCUMENTS NO. 7:  If Answer to Interrogatory No. 37 is affirmative, please state:


(a)     Date or dates information was provided.

(b)     The name and address of each person who received the information.

(c)      The nature of the information provided.

INTERROGATORY NO. 38:  Is Defendant now aware or does any of its' officers, directors or employees possess knowledge concerning the reported causal connection between exposure to Isothiazolinone-containing chemicals, ingredients or products and:

(a)     Autoimmune Disease or Dysfunction;

(b)     Cognitive or Sensory Issues (Vision, Hearing, Taste, Touch, Smell, Concentration, Mental Focus or Depletion (Loss) Thereof);

(c)     Lesions, Sores, Rashes or Swelling;

(d)     Abdominal Swelling, Respiratory Issues, Lung Cancer;

(g)     Neuropathies, Nerve Paralysis;

(h)     Any other diseases;

ANSWER

INTERROGATORY NO. 39:  If your answer to any or all of its subparts of Interrogatory No. 38 is Affirmative, identify:

(a)     When and how Defendant or any of its officers, directors or employees first learned of such connection;

(b)     If knowledge was obtained by attendance at any conference, lecture, convention, symposium or meeting, identify such meeting and provide the identity of persons attending and documents obtained;

(c)     If knowledge was obtained from medical or scientific studies, or any other published work, identify same;

 (d)     If otherwise obtained, identify manner of receipt of document or communication.

ANSWER:

Respectfully Submitted,

Date:  January _____, 2022

_____

Mr. Bill Carlson

Production Manager

MAPEI Admixtures for Concrete

2978 Center Ct.

Eagan, MN 55121-1257

U.S.A.


Phone: (612) 816-6402

Phone: (651) 454-4151

**Safety Data Sheet**
**ULTRAMASTIC 3**
Safety Data Sheet dated: 06/02/2020 - version 2



## SECTION 1: Identification of the substance/mixture and of the company/undertaking

**1.1. Product identifier**
Mixture identification:

      Trade name:  ULTRAMASTIC 3
      Trade code:  900103

**1.2. Relevant identified uses of the substance or mixture and uses advised against**
Recommended use: Water-borne synthetic polymer based adhesive
Uses advised against: Data not available

**1.3. Details of the supplier of the safety data sheet**
Company: MAPEI S.p.A. - Via Cafiero, 22 - 20158 Milano
Responsible: sicurezza@mapei.it

**1.4. Emergency telephone number**
Poison Centre - Ospedale di Niguarda - Milan - Tel. +39/02/66101029
Tel. +(39)02376731 (office hours) - Fax: +39-02-37673.214 - www.mapei.it

## SECTION 2: Hazards identification

**2.1. Classification of the substance or mixture**

**Regulation (EC) n. 1272/2008 (CLP)**

0                   The product is not classified as dangerous according to Regulation EC 1272/2008 (CLP).

Adverse physicochemical, human health and environmental effects:
      No other hazards

**2.2. Label elements**

The product is not classified as dangerous according to Regulation EC 1272/2008 (CLP).

**Special Provisions:**

| EUH208 | Contains 1,2-benzisothiazol-3(2H)-one; 1,2-benzisothiazolin-3-one. May produce an allergic reaction. |
| --- | --- |
| EUH208 | Contains reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H -isothiazol-3-one [EC no. 220-239-6] (3:1). May produce an allergic reaction. |
| EUH210 | Safety data sheet available on request. |

**Special provisions according to Annex XVII of REACH and subsequent amendments:**
None.

**2.3. Other hazards**

      No PBT/vPvB Ingredients are present

Other Hazards: No other hazards

## SECTION 3: Composition/information on ingredients

**3.1. Substances**
      N.A.

**3.2. Mixtures**
Mixture identification: ULTRAMASTIC 3

**Hazardous components within the meaning of the CLP regulation and related classification:**

| Concentration (% w/w) | Name | Ident. Numb. | Classification | Registration Number |
| --- | --- | --- | --- | --- |
| ≥0.01 - <0.016 % | 1,2-benzisothiazol-3(2H)-one; 1,2-benzisothiazolin-3-one | CAS:2634-33-5 EC:220-120-9 Index:613-088-00-6 | Skin Irrit. 2, H315; Eye Dam. 1, H318; Aquatic Acute 1, H400; Acute Tox. 4, H302; Skin Sens. 1, H317; Aquatic Chronic 2, H411 | |
| <0.0015 % | reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H -isothiazol-3-one [EC no. 220-239-6] (3:1) | CAS:55965-84-9 EC:611-341-5 Index:613-167-00-5 | Aquatic Acute 1, H400; Aquatic Chronic 1, H410; Acute Tox. 3, H301; Skin Corr. 1C, H314; Skin Sens. 1A, H317; Acute Tox. 2, H310; Acute Tox. 2, H330; Eye | |

Dam. 1, H318, M-Chronic:100, M-Acute:100

## SECTION 4: First aid measures
### 4.1. Description of first aid measures
In case of skin contact:

Wash with plenty of water and soap.

In case of eyes contact:

Wash immediately with water.

In case of Ingestion:

Do not induce vomiting, get medical attention showing the SDS and the hazard label.

In case of Inhalation:

Remove casualty to fresh air and keep warm and at rest.

### 4.2. Most important symptoms and effects, both acute and delayed

N.A.

### 4.3. Indication of any immediate medical attention and special treatment needed

Treatment:            N.A.

(see paragraph 4.1)

## SECTION 5: Firefighting measures
### 5.1. Extinguishing media
Suitable extinguishing media:

Water.

Carbon dioxide (CO2).

Extinguishing media which must not be used for safety reasons:

None in particular.

### 5.2. Special hazards arising from the substance or mixture

Do not inhale explosion and combustion gases.

### 5.3. Advice for firefighters

Use suitable breathing apparatus.

## SECTION 6: Accidental release measures
### 6.1. Personal precautions, protective equipment and emergency procedures

Wear personal protection equipment.

Remove persons to safety.

### 6.2. Environmental precautions

Do not allow to enter into soil/subsoil. Do not allow to enter into surface water or drains.

Limit leakages with earth or sand.

### 6.3. Methods and material for containment and cleaning up

Suitable material for taking up: absorbing material, organic, sand

Retain contaminated washing water and dispose it.

### 6.4. Reference to other sections

See also section 8 and 13

## SECTION 7: Handling and storage
### 7.1. Precautions for safe handling

Avoid contact with skin and eyes, inhalation of vapours and mists.

Do not eat or drink while working.

See also section 8 for recommended protective equipment.

### 7.2. Conditions for safe storage, including any incompatibilities

Keep away from food, drink and feed.

Incompatible materials:

None in particular.

Instructions as regards storage premises:

Adequately ventilated premises.

### 7.3. Specific end use(s)
Recommendation(s)

None in particular

Industrial sector specific solutions:

None in particular

## SECTION 8: Exposure controls/personal protection
### 8.1. Control parameters

No data available

### 8.2. Exposure controls

Eye protection:

Not needed for normal use. Anyway, operate according good working practices.

Protection for skin:

No special precaution must be adopted for normal use.

Protection for hands:

Suitable materials for safety gloves; EN ISO 374:

Polychloroprene - CR: thickness >=0,5mm; breakthrough time >=480min.

Nitrile rubber - NBR: thickness >=0,35mm; breakthrough time >=480min.

Butyl rubber - IIR: thickness >=0,5mm; breakthrough time >=480min.

Fluorinated rubber - FKM: thickness >=0,4mm; breakthrough time >=480min.

Respiratory protection:

Personal Protective Equipment should comply with relevant CE standards (as EN ISO 374 for gloves and EN ISO 166 for goggles), correctly maintained and stored. Consult the supplier to check the suitability of equipment against specific chemicals and for user information.

Hygienic and Technical measures

N.A.

Appropriate engineering controls:

N.A.

## SECTION 9: Physical and chemical properties
### 9.1. Information on basic physical and chemical properties

Physical state: Liquid

Appearance and colour:  paste white

Odour:  Characteristic

Odour threshold:  N.A.

pH:  9.00

Melting point / freezing point:  N.A.

Initial boiling point and boiling range:  100 °C (212 °F)

Flash point:  N.A.

Evaporation rate:  N.A.

Upper/lower flammability or explosive limits:  N.A.

Vapour density:  N.A.

Vapour pressure:  N.A.

Relative density:  1.65 g/cm3

Solubility in water:  dispersible

Partition coefficient (n-octanol/water):  N.A.          - This product is a mixture

Auto-ignition temperature:  N.A.          - No explosive or spontaneous ignition in contact with air at room temperature

Decomposition temperature:  N.A.

Viscosity:  600,000.00 cPs

Explosive properties:  ==          - No components with explosive properties

Oxidizing properties:  N.A.          - No component with oxidizing properties

Solid/gas flammability:  N.A.

### 9.2. Other information

No additional information

## SECTION 10: Stability and reactivity
### 10.1. Reactivity

Stable under normal conditions

### 10.2. Chemical stability

Stable under normal conditions

### 10.3. Possibility of hazardous reactions

None.

### 10.4. Conditions to avoid

Stable under normal conditions.

### 10.5. Incompatible materials

None in particular.

**10.6. Hazardous decomposition products**

None.

## SECTION 11: Toxicological information

### 11.1. Information on toxicological effects

**Toxicological information of the mixture:**

There is no toxicological data available on the mixture. Consider the individual concentration of each component to assess toxicological effects resulting from exposure to the mixture.

**Toxicological information on main components of the mixture:**

| | | |
|---|---|---|
| 1,2-benzisothiazol-3(2H)- one; 1,2-benzisothiazolin- 3-one | a) acute toxicity | LD50 Oral Rat = 1020 mg/kg |
| reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H -isothiazol-3-one [EC no. 220-239-6] (3:1) | a) acute toxicity | LD50 Oral Rat = 457 mg/kg |
| | | LC50 Inhalation Rat = 2,36 mg/l 4h |
| | | LD50 Skin Rabbit = 660 mg/kg |
| | | LD50 Oral Rat = 53 mg/kg |

**If not differently specified, the information required in Regulation (EU)2015/830 listed below must be considered as N.A.**

a) acute toxicity

b) skin corrosion/irritation

c) serious eye damage/irritation

d) respiratory or skin sensitisation

e) germ cell mutagenicity

f) carcinogenicity

g) reproductive toxicity

h) STOT-single exposure

Toxicological kinetics, metabolism and distribution information

i) STOT-repeated exposure

j) aspiration hazard

## SECTION 12: Ecological information

### 12.1. Toxicity

Adopt good working practices, so that the product is not released into the environment.

Eco-Toxicological Information:

**List of components with eco-toxicological properties**

| Component | Ident. Numb. | Ecotox Infos |
|---|---|---|
| 1,2-benzisothiazol-3(2H)-one; 1,2-benzisothiazolin-3-one | CAS: 2634-33-5 - EINECS: 220-120-9 - INDEX: 613-088-00-6 | a) Aquatic acute toxicity : LC50 Fish = 2,15000 mg/L |
| | | b) Aquatic chronic toxicity : NOEC Algae = 0,04030 mg/L 72h |
| | | b) Aquatic chronic toxicity : EC50 Algae = 0,11000 mg/L 72h |
| reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H -isothiazol-3-one [EC no. 220-239-6] (3:1) | CAS: 55965-84-9 - EINECS: 611-341-5 - INDEX: 613-167-00-5 | a) Aquatic acute toxicity : EC50 Daphnia = 0,12 mg/L 48 |
| | | a) Aquatic acute toxicity : LC50 Fish = 0,22 mg/L 96 |

a) Aquatic acute toxicity :  EC50 Algae = 0,048 mg/L 72
b) Aquatic chronic toxicity :  NOEC Algae = 0,0012 mg/L 72
b) Aquatic chronic toxicity :  NOEC Fish = 0,098 mg/L  -  28 d
b) Aquatic chronic toxicity :  NOEC Daphnia = 0,004 mg/L  -  21 d

**12.2. Persistence and degradability**

    N.A.

**12.3. Bioaccumulative potential**

    N.A.

**12.4. Mobility in soil**

    N.A.

**12.5. Results of PBT and vPvB assessment**

    No PBT/vPvB Ingredients are present

**12.6. Other adverse effects**

    N.A.

---

# SECTION 13: Disposal considerations
**13.1. Waste treatment methods**

Recover if possible. In so doing, comply with the local and national regulations currently in force.

A waste code according to European waste catalogue (EWC) cannot be specified, due to dependence on the usage. Contact an authorized waste disposal service.

    Product:
    Do not dispose of waste into sewers.
    Do not contaminate ponds, waterways or ditches with chemical or used container.
    Send to an authorized waste disposal service.
    Contaminated packaging:
    Empty remaining content.
    Dispose of as unused product.
    Do not re-use empty containers.

---

# SECTION 14: Transport information
Not classified as dangerous in the meaning of transport regulations.

**14.1. UN number**

    N.A.

**14.2. UN proper shipping name**

    N.A.

**14.3. Transport hazard class(es)**

    N.A.

**14.4. Packing group**

    N.A.

**14.5. Environmental hazards**

    N.A.

**14.6. Special precautions for user**

    N.A.

Road and Rail ( ADR-RID ) :

    N.A.

    ADR-Hazard identification number:  NA

Air ( IATA ) :

    N.A.

Sea ( IMDG ) :

    N.A.

**14.7. Transport in bulk according to Annex II of Marpol and the IBC Code**

    N.A.

---

# SECTION 15: Regulatory information
**15.1. Safety, health and environmental regulations/legislation specific for the substance or mixture**

VOC (2004/42/EC) :   N.A. g/l

Dir. 98/24/EC (Risks related to chemical agents at work)

Dir. 2000/39/EC (Occupational exposure limit values)
Regulation (EC) n. 1907/2006 (REACH)
Regulation (EU) 2015/830
Regulation (EC) n. 1272/2008 (CLP)
Regulation (EC) n. 790/2009 (ATP 1 CLP) and (EU) n. 758/2013
Regulation (EU) n. 286/2011 (ATP 2 CLP)
Regulation (EU) n. 618/2012 (ATP 3 CLP)
Regulation (EU) n. 487/2013 (ATP 4 CLP)
Regulation (EU) n. 944/2013 (ATP 5 CLP)
Regulation (EU) n. 605/2014 (ATP 6 CLP)
Regulation (EU) n. 2015/1221 (ATP 7 CLP)
Regulation (EU) n. 2016/918 (ATP 8 CLP)
Regulation (EU) n. 2016/1179 (ATP 9 CLP)
Regulation (EU) n. 2017/776 (ATP 10 CLP)
Provisions related to directive EU 2012/18 (Seveso III):

N.A.

**German Water Hazard Class (WGK)**
1

**Restrictions related to the product or the substances contained according to Annex XVII Regulation (EC) 1907/2006 (REACH) and subsequent modifications:**
Restrictions related to the product: 40

Restrictions related to the substances contained: 69

**SVHC Substances:**
No data available

MAL-kode:   1-3 (1993)

**15.2. Chemical safety assessment**
No Chemical Safety Assessment has been carried out for the mixture.

---

# SECTION 16: Other information

This document was prepared by a competent person who has received appropriate training.

Main bibliographic sources:

ECDIN - Environmental Chemicals Data and Information Network - Joint Research Centre, Commission of the European Communities

SAX's DANGEROUS PROPERTIES OF INDUSTRIAL MATERIALS - Eight Edition - Van Nostrand Reinold

The information contained herein is based on our state of knowledge at the above-specified date. It refers solely to the product indicated and constitutes no guarantee of particular quality.

It is the duty of the user to ensure that this information is appropriate and complete with respect to the specific use intended.

This SDS cancels and replaces any preceding release.

Legend to abbreviations and acronyms used in the safety data sheet:

ACGIH: American Conference of Governmental Industrial Hygienists

ADR: European Agreement concerning the International Carriage of Dangerous Goods by Road.

AND: European Agreement concerning the International Carriage of Dangerous Goods by Inland Waterways

ATE: Acute Toxicity Estimate

ATEmix: Acute toxicity Estimate (Mixtures)

BCF: Biological Concentration Factor

BEI: Biological Exposure Index

BOD: Biochemical Oxygen Demand

CAS: Chemical Abstracts Service (division of the American Chemical Society).

CAV: Poison Center

CE: European Community

CLP: Classification, Labeling, Packaging.

CMR: Carcinogenic, Mutagenic and Reprotoxic

COD: Chemical Oxygen Demand

COV: Volatile Organic Compound

CSA: Chemical Safety Assessment

CSR: Chemical Safety Report

DMEL: Derived Minimal Effect Level

DNEL: Derived No Effect Level.

DPD: Dangerous Preparations Directive

DSD: Dangerous Substances Directive

EC50: Half Maximal Effective Concentration

ECHA: European Chemicals Agency

EINECS: European Inventory of Existing Commercial Chemical Substances.

ES: Exposure Scenario

GefStoffVO: Ordinance on Hazardous Substances, Germany.

GHS: Globally Harmonized System of Classification and Labeling of Chemicals.

IARC: International Agency for Research on Cancer

IATA: International Air Transport Association.

IATA-DGR: Dangerous Goods Regulation by the "International Air Transport Association" (IATA).

IC50: half maximal inhibitory concentration

ICAO: International Civil Aviation Organization.

ICAO-TI: Technical Instructions by the "International Civil Aviation Organization" (ICAO).

IMDG: International Maritime Code for Dangerous Goods.

INCI: International Nomenclature of Cosmetic Ingredients.

IRCCS: Scientific Institute for Research, Hospitalization and Health Care

KSt: Explosion coefficient.

LC50: Lethal concentration, for 50 percent of test population.

LD50: Lethal dose, for 50 percent of test population.

LDLo: Leathal Dose Low

N.A.: Not Applicable

N/A: Not Applicable

N/D: Not defined/ Not available

NA: Not available

NIOSH: National Institute for Occupational Safety and Health

NOAEL: No Observed Adverse Effect Level

OSHA: Occupational Safety and Health Administration.

PBT: Persistent, Bioaccumulative and Toxic

PGK: Packaging Instruction

PNEC: Predicted No Effect Concentration.

PSG: Passengers

RID: Regulation Concerning the International Transport of Dangerous Goods by Rail.

STEL: Short Term Exposure limit.

STOT: Specific Target Organ Toxicity.

TLV: Threshold Limiting Value.

TWATLV: Threshold Limit Value for the Time Weighted Average 8 hour day. (ACGIH Standard).

vPvB: Very Persistent, Very Bioaccumulative.

WGK: German Water Hazard Class.

**Paragraphs modified from the previous revision:**

- 2. HAZARDS IDENTIFICATION
- 3. COMPOSITION/INFORMATION ON INGREDIENTS
- 5. FIRE-FIGHTING MEASURES
- 9. PHYSICAL AND CHEMICAL PROPERTIES
- 11. TOXICOLOGICAL INFORMATION
- 12. ECOLOGICAL INFORMATION
- 13. DISPOSAL CONSIDERATIONS
- 15. REGULATORY INFORMATION

**Safety Data Sheet**
**PRIMER G**
Safety Data Sheet dated: 23/07/2021 - version 3



---

## SECTION 1: Identification of the substance/mixture and of the company/undertaking
**1.1. Product identifier**
Mixture identification:
      Trade name:  PRIMER G
      Trade code:  900201
**1.2. Relevant identified uses of the substance or mixture and uses advised against**
Recommended use: Water dispersion of synthetic polymers
Uses advised against: Data not available
**1.3. Details of the supplier of the safety data sheet**
Company: MAPEI Spain S.A. - C/ Valencia 11 - Pol. Ind. Can Oller - 08130 - Santa Perpetua de Mogoda - Barcelona
tel: +34-93-3435050 - fax:+34-93-3024229 - www.mapei.es (office hours)
Responsible: sicurezza@mapei.it
**1.4. Emergency telephone number**
Poison center: phone: 91.562.04.20

---

## SECTION 2: Hazards identification
**2.1. Classification of the substance or mixture**

**Regulation (EC) n. 1272/2008 (CLP)**

0                    The product is not classified as hazardous according to Regulation EC 1272/2008 (CLP).

Adverse physicochemical, human health and environmental effects:
      No other hazards
**2.2. Label elements**


The product is not classified as hazardous according to Regulation EC 1272/2008 (CLP).

**Special Provisions:**

| EUH208 | Contains 1,2-benzisothiazol-3(2H)-one; 1,2-benzisothiazolin-3-one. May produce an allergic reaction. |
|---|---|
| EUH208 | Contains reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H - isothiazol-3-one [EC no. 220-239-6] (3:1). May produce an allergic reaction. |
| EUH210 | Safety data sheet available on request. |

**Special provisions according to Annex XVII of REACH and subsequent amendments:**
None
**2.3. Other hazards**

      No PBT/vPvB Ingredients are present

Other Hazards: No other hazards

---

## SECTION 3: Composition/information on ingredients
**3.1. Substances**
      N.A.
**3.2. Mixtures**
Mixture identification: PRIMER G

**Hazardous components within the meaning of the CLP regulation and related classification:**

| Concentration (% w/w) | Name | Ident. Numb. | Classification | Registration Number |
|---|---|---|---|---|
| ≥0.016 - <0.025 % | 1,2-benzisothiazol-3(2H)-one; 1,2-benzisothiazolin-3-one | CAS:2634-33-5 EC:220-120-9 Index:613-088-00-6 | Skin Irrit. 2, H315 Eye Dam. 1, H318 Aquatic Acute 1, H400 Acute Tox. 4, H302 Skin Sens. 1, H317 Aquatic Chronic 2, H411<br><br>Specific Concentration Limits: C ≥ 0.05%: Skin Sens. 1 H317 | |

| <0.0015 % | reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H -isothiazol-3-one [EC no. 220-239-6] (3:1) | CAS:55965-84-9<br>EC:611-341-00-5<br>Index:613-167-00-5 | Aquatic Acute 1, H400 Aquatic Chronic 1, H410 Acute Tox. 3, H301 Skin Corr. 1C, H314 Skin Sens. 1A, H317 Acute Tox. 2, H310 Acute Tox. 2, H330 Eye Dam. 1, H318, M-Chronic:100, M-Acute:100<br><br>Specific Concentration Limits:<br>C ≥ 0.6%: Skin Corr. 1C H314<br>0.06% ≤ C < 0.6%: Skin Irrit. 2 H315<br>C ≥ 0.6%: Eye Dam. 1 H318<br>0.06% ≤ C < 0.6%: Eye Irrit. 2 H319<br>C ≥ 0.0015%: Skin Sens. 1A H317<br>C ≥ 0.6%: EUH071 |

## SECTION 4: First aid measures
### 4.1. Description of first aid measures
In case of skin contact:
> Wash with plenty of water and soap.

In case of eyes contact:
> Wash immediately with water.

In case of Ingestion:
> Do not induce vomiting, get medical attention showing the SDS and the hazard label.

In case of Inhalation:
> Remove casualty to fresh air and keep warm and at rest.

### 4.2. Most important symptoms and effects, both acute and delayed
> N.A.

### 4.3. Indication of any immediate medical attention and special treatment needed
Treatment:          N.A.
> (see paragraph 4.1)

## SECTION 5: Firefighting measures
### 5.1. Extinguishing media
Suitable extinguishing media:
> Water.
> Carbon dioxide (CO2).

Extinguishing media which must not be used for safety reasons:
> None in particular.

### 5.2. Special hazards arising from the substance or mixture
> Do not inhale explosion and combustion gases.

### 5.3. Advice for firefighters
> Use suitable breathing apparatus.

## SECTION 6: Accidental release measures
### 6.1. Personal precautions, protective equipment and emergency procedures
> Wear personal protection equipment.
> Remove persons to safety.

### 6.2. Environmental precautions
> Do not allow to enter into soil/subsoil. Do not allow to enter into surface water or drains.
> Limit leakages with earth or sand.

### 6.3. Methods and material for containment and cleaning up
> Suitable material for taking up: absorbing material, organic, sand
> Retain contaminated washing water and dispose it.

### 6.4. Reference to other sections
> See also section 8 and 13

## SECTION 7: Handling and storage
### 7.1. Precautions for safe handling
> Avoid contact with skin and eyes, inhalation of vapours and mists.
> Do not eat or drink while working.

See also section 8 for recommended protective equipment.

**7.2. Conditions for safe storage, including any incompatibilities**

Keep away from food, drink and feed.

Incompatible materials:

None in particular.

Instructions as regards storage premises:

Adequately ventilated premises.

**7.3. Specific end use(s)**

Recommendation(s)

None in particular

Industrial sector specific solutions:

None in particular

---

## SECTION 8: Exposure controls/personal protection

**8.1. Control parameters**

No data available

**8.2. Exposure controls**

Eye protection:

Not needed for normal use. Anyway, operate according good working practices.

Protection for skin:

No special precaution must be adopted for normal use.

Protection for hands:

Suitable materials for safety gloves; EN ISO 374:

Polychloroprene - CR: thickness >=0,5mm; breakthrough time >=480min.

Nitrile rubber - NBR: thickness >=0,35mm; breakthrough time >=480min.

Butyl rubber - IIR: thickness >=0,5mm; breakthrough time >=480min.

Fluorinated rubber - FKM: thickness >=0,4mm; breakthrough time >=480min.

Respiratory protection:

Personal Protective Equipment should comply with relevant CE standards (as EN ISO 374 for gloves and EN ISO 166 for goggles), correctly maintained and stored. Consult the supplier to check the suitability of equipment against specific chemicals and for user information.

Hygienic and Technical measures

N.A.

Appropriate engineering controls:

N.A.

---

## SECTION 9: Physical and chemical properties

**9.1. Information on basic physical and chemical properties**

Physical state: Liquid

Appearance and colour:  liquid Blue

Odour:  Characteristic

Odour threshold:  N.A.

pH:  8.00

Melting point / freezing point:  N.A.

Initial boiling point and boiling range:  100 °C (212 °F)

Flash point:  N.A.

Evaporation rate:  N.A.

Upper/lower flammability or explosive limits:  N.A.

Vapour density:  N.A.

Vapour pressure:  N.A.

Relative density:  1.02 g/cm3

Solubility in water:  dispersible

Solubility in oil:  insoluble

Partition coefficient (n-octanol/water):  N.A.

Auto-ignition temperature:  N.A.

Decomposition temperature:  N.A.

Viscosity:  20.00 cPs

Explosive properties:  ==

Oxidizing properties:  N.A.

Solid/gas flammability:  N.A.

**9.2. Other information**

No additional information

## SECTION 10: Stability and reactivity

**10.1. Reactivity**

Stable under normal conditions

**10.2. Chemical stability**

Stable under normal conditions

**10.3. Possibility of hazardous reactions**

None.

**10.4. Conditions to avoid**

Stable under normal conditions.

**10.5. Incompatible materials**

None in particular.

**10.6. Hazardous decomposition products**

None.

## SECTION 11: Toxicological information

**11.1. Information on toxicological effects**

**Toxicological information of the mixture:**

| | |
|---|---|
| a) acute toxicity | Not classified |
| | Based on available data, the classification criteria are not met |
| b) skin corrosion/irritation | Not classified |
| | Based on available data, the classification criteria are not met |
| c) serious eye damage/irritation | Not classified |
| | Based on available data, the classification criteria are not met |
| d) respiratory or skin sensitisation | Not classified |
| | Based on available data, the classification criteria are not met |
| e) germ cell mutagenicity | Not classified |
| | Based on available data, the classification criteria are not met |
| f) carcinogenicity | Not classified |
| | Based on available data, the classification criteria are not met |
| g) reproductive toxicity | Not classified |
| | Based on available data, the classification criteria are not met |
| h) STOT-single exposure | Not classified |
| | Based on available data, the classification criteria are not met |
| i) STOT-repeated exposure | Not classified |
| | Based on available data, the classification criteria are not met |
| j) aspiration hazard | Not classified |
| | Based on available data, the classification criteria are not met |

**Toxicological information on main components of the mixture:**

| | | |
|---|---|---|
| 1,2-benzisothiazol-3(2H)- one; 1,2-benzisothiazolin-3-one | a) acute toxicity | LD50 Oral Rat = 1020 mg/kg |
| reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H -isothiazol-3-one [EC no. 220-239-6] (3:1) | a) acute toxicity | LC50 Inhalation Rat = 2.36000 mg/l 4h |
| | | LD50 Skin Rabbit = 660.00000 mg/kg |
| | | LD50 Oral Rat = 53.00000 mg/kg |

## SECTION 12: Ecological information

**12.1. Toxicity**

Adopt good working practices, so that the product is not released into the environment.

Eco-Toxicological Information:

**List of Eco-Toxicological properties of the product**

Not classified for environmental hazards

Based on available data, the classification criteria are not met

**List of components with eco-toxicological properties**

| Component | Ident. Numb. | Ecotox Infos |
|---|---|---|
| 1,2-benzisothiazol-3(2H)-one; 1,2-benzisothiazolin-3-one | CAS: 2634-33-5 - EINECS: 220-120-9 - INDEX: 613-088-00-6 | a) Aquatic acute toxicity : LC50 Fish = 2.15000 mg/L |
| | | b) Aquatic chronic toxicity : NOEC Algae = 0.04030 mg/L 72h |
| | | b) Aquatic chronic toxicity : EC50 Algae = 0.11000 mg/L 72h |
| | | b) Aquatic chronic toxicity : EC10 Algae = 0.04000 mg/L 72h |
| | | b) Aquatic chronic toxicity : EC50 Daphnia = 3.27000 mg/L 48h |
| | | NOEC Daphnia = 1.20000 mg/L 21d |
| reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H-isothiazol-3-one [EC no. 220-239-6] (3:1) | CAS: 55965-84-9 - EINECS: 611-341-5 - INDEX: 613-167-00-5 | a) Aquatic acute toxicity : EC50 Daphnia = 0.12 mg/L 48 |
| | | a) Aquatic acute toxicity : LC50 Fish = 0.22 mg/L 96 |
| | | a) Aquatic acute toxicity : EC50 Algae = 0.048 mg/L 72 |
| | | b) Aquatic chronic toxicity : NOEC Algae = 0.0012 mg/L 72 |
| | | b) Aquatic chronic toxicity : NOEC Fish = 0.098 mg/L  -  28 d |
| | | b) Aquatic chronic toxicity : NOEC Daphnia = 0.004 mg/L  -  21 d |

**12.2. Persistence and degradability**

N.A.

**12.3. Bioaccumulative potential**

N.A.

**12.4. Mobility in soil**

N.A.

**12.5. Results of PBT and vPvB assessment**

No PBT/vPvB Ingredients are present

**12.6. Other adverse effects**

N.A.

---

**SECTION 13: Disposal considerations**

**13.1. Waste treatment methods**

The generation of waste should be avoided or minimized wherever possible. Recover if possible.

A waste code (EWC) according to European List of Waste (LoW) cannot be specified, due to dependence on the usage. Contact and send to an authorized waste disposal service.

Methods of disposal:

Disposal of this product, solutions, packaging and any by-products should at all times comply with the requirements of environmental protection and waste disposal legislation and any regional local authority requirements.

Dispose of surplus and nonrecyclable products via a licensed waste disposal contractor.

Do not dispose of waste into sewers.

Clean waste packaging should be recycled when possible and authorized by the authority.

Hazardous waste: No

Disposal considerations:

Do not allow to enter drains or watercourses.

Dispose of product according to all federal, state and local applicable regulations.

If this product is mixed with other wastes, the original waste product code may no longer apply and the appropriate code should be assigned.

Dispose of containers contaminated by the product in accordance with local or national legal provisions. For further information, contact your local waste authority.

Special precautions:

This material and its container must be disposed of in a safe way. Care should be taken when handling untreated empty containers.

Avoid dispersal of spilled material and runoff and contact with soil, waterways, drains and sewers.

Empty containers or liners may retain some product residues. Do not re-use empty containers.

---

## SECTION 14: Transport information

Not classified as dangerous in the meaning of transport regulations.

### 14.1. UN number

N.A.

### 14.2. UN proper shipping name

N.A.

### 14.3. Transport hazard class(es)

N.A.

### 14.4. Packing group

N.A.

### 14.5. Environmental hazards

N.A.

### 14.6. Special precautions for user

N.A.

Road and Rail ( ADR-RID ) :

N.A.

ADR-Hazard identification number:  NA

Air ( IATA ) :

N.A.

Sea ( IMDG ) :

N.A.

### 14.7. Transport in bulk according to Annex II of Marpol and the IBC Code

N.A.

---

## SECTION 15: Regulatory information

### 15.1. Safety, health and environmental regulations/legislation specific for the substance or mixture

VOC (2004/42/EC) :    0 (A+B) g/l

Dir. 98/24/EC (Risks related to chemical agents at work)

Dir. 2000/39/EC (Occupational exposure limit values)

Regulation (EC) n. 1907/2006 (REACH)

Regulation (EU) 2015/830

Regulation (EC) n. 1272/2008 (CLP)

Regulation (EC) n. 790/2009 (ATP 1 CLP) and (EU) n. 758/2013

Regulation (EU) n. 2018/669 (ATP 11 CLP)

Regulation (EU) n. 2019/521 (ATP 12 CLP)

Regulation (EU) n. 286/2011 (ATP 2 CLP)

Regulation (EU) n. 618/2012 (ATP 3 CLP)

Regulation (EU) n. 487/2013 (ATP 4 CLP)

Regulation (EU) n. 944/2013 (ATP 5 CLP)

Regulation (EU) n. 605/2014 (ATP 6 CLP)

Regulation (EU) n. 2015/1221 (ATP 7 CLP)

Regulation (EU) n. 2016/918 (ATP 8 CLP)

Regulation (EU) n. 2016/1179 (ATP 9 CLP)

Regulation (EU) n. 2017/776 (ATP 10 CLP)

Regulation (EU) n. 2018/669 (ATP 11 CLP)

Regulation (EU) n. 2018/1480 (ATP 13 CLP)

Provisions related to directive EU 2012/18 (Seveso III):

N.A.

---

**Restrictions related to the product or the substances contained according to Annex XVII Regulation (EC) 1907/2006 (REACH) and subsequent modifications:**

Restrictions related to the product: None

Restrictions related to the substances contained: 28, 72

**SVHC Substances:**

No data available

**German Water Hazard Class (WGK)**

1

**15.2. Chemical safety assessment**

No Chemical Safety Assessment has been carried out for the mixture.

---

# SECTION 16: Other information

This document was prepared by a competent person who has received appropriate training.

Main bibliographic sources:

ECDIN - Environmental Chemicals Data and Information Network - Joint Research Centre, Commission of the European Communities

SAX's DANGEROUS PROPERTIES OF INDUSTRIAL MATERIALS - Eight Edition - Van Nostrand Reinold

The information contained herein is based on our state of knowledge at the above-specified date. It refers solely to the product indicated and constitutes no guarantee of particular quality.

It is the duty of the user to ensure that this information is appropriate and complete with respect to the specific use intended.

This SDS cancels and replaces any preceding release.

Legend to abbreviations and acronyms used in the safety data sheet:

ACGIH: American Conference of Governmental Industrial Hygienists

ADR: European Agreement concerning the International Carriage of Dangerous Goods by Road.

AND: European Agreement concerning the International Carriage of Dangerous Goods by Inland Waterways

ATE: Acute Toxicity Estimate

ATEmix: Acute toxicity Estimate (Mixtures)

BCF: Biological Concentration Factor

BEI: Biological Exposure Index

BOD: Biochemical Oxygen Demand

CAS: Chemical Abstracts Service (division of the American Chemical Society).

CAV: Poison Center

CE: European Community

CLP: Classification, Labeling, Packaging.

CMR: Carcinogenic, Mutagenic and Reprotoxic

COD: Chemical Oxygen Demand

COV: Volatile Organic Compound

CSA: Chemical Safety Assessment

CSR: Chemical Safety Report

DMEL: Derived Minimal Effect Level

DNEL: Derived No Effect Level.

DPD: Dangerous Preparations Directive

DSD: Dangerous Substances Directive

EC50: Half Maximal Effective Concentration

ECHA: European Chemicals Agency

EINECS: European Inventory of Existing Commercial Chemical Substances.

ES: Exposure Scenario

GefStoffVO: Ordinance on Hazardous Substances, Germany.

GHS: Globally Harmonized System of Classification and Labeling of Chemicals.

IARC: International Agency for Research on Cancer

IATA: International Air Transport Association.

IATA-DGR: Dangerous Goods Regulation by the "International Air Transport Association" (IATA).

IC50: half maximal inhibitory concentration

ICAO: International Civil Aviation Organization.

ICAO-TI: Technical Instructions by the "International Civil Aviation Organization" (ICAO).

IMDG: International Maritime Code for Dangerous Goods.

INCI: International Nomenclature of Cosmetic Ingredients.

IRCCS: Scientific Institute for Research, Hospitalization and Health Care

KSt: Explosion coefficient.

LC50: Lethal concentration, for 50 percent of test population.

LD50: Lethal dose, for 50 percent of test population.

LDLo: Leathal Dose Low

N.A.: Not Applicable

N/A: Not Applicable

N/D: Not defined/ Not available

NA: Not available

NIOSH: National Institute for Occupational Safety and Health

NOAEL: No Observed Adverse Effect Level

OSHA: Occupational Safety and Health Administration.

PBT: Persistent, Bioaccumulative and Toxic

PGK: Packaging Instruction

PNEC: Predicted No Effect Concentration.

PSG: Passengers

RID: Regulation Concerning the International Transport of Dangerous Goods by Rail.

STEL: Short Term Exposure limit.

STOT: Specific Target Organ Toxicity.

TLV: Threshold Limiting Value.

TWATLV: Threshold Limit Value for the Time Weighted Average 8 hour day. (ACGIH Standard).

vPvB: Very Persistent, Very Bioaccumulative.

WGK: German Water Hazard Class.

**Paragraphs modified from the previous revision:**

- 1. IDENTIFICATION OF THE SUBSTANCE/PREPARATION AND OF THE COMPANY/UNDERTAKING
- 2. HAZARDS IDENTIFICATION
- 3. COMPOSITION/INFORMATION ON INGREDIENTS
- 7. HANDLING AND STORAGE
- 8. EXPOSURE CONTROLS/PERSONAL PROTECTION
- 9. PHYSICAL AND CHEMICAL PROPERTIES
- 11. TOXICOLOGICAL INFORMATION
- 12. ECOLOGICAL INFORMATION
- 13. DISPOSAL CONSIDERATIONS
- 14. TRANSPORT INFORMATION
- 15. REGULATORY INFORMATION

**Safety Data Sheet**
**ISOLASTIC**
Safety Data Sheet dated: 08/06/2021 - version 3



## SECTION 1: Identification of the substance/mixture and of the company/undertaking
**1.1. Product identifier**
Mixture identification:
Trade name:  ISOLASTIC
            Trade code:  900971
**1.2. Relevant identified uses of the substance or mixture and uses advised against**
Recommended use: Water dispersion of synthetic polymers
Uses advised against: Data not available
**1.3. Details of the supplier of the safety data sheet**
Company: MAPEI Polska Sp. z o.o.
            ul. Gustawa Eiffel'a 14
            44-109 Gliwice, Polska, Biuro Handlowe:
            ul. Chałubińskiego 8
            00-613 Warszawa, Polska
MAPEI POLSKA Sp. z o.o. Gliwice- telefon: +48 32 775 44 50
            fax:     +48 32 775 44 71
MAPEI POLSKA Sp. z o.o. Warszawa -  telefon: +48 22 595 42 00
            fax:     +48 22 595 42 02

 Telefon alarmowy w Polsce (czynny w godz.: 8:00-16:00)
Responsible: bezpieczenstwo@mapei.pl
**1.4. Emergency telephone number**
Telefon alarmowy w Polsce (czynny w godzinach 9:00 - 17:00): + 48 22 595 42 00

## SECTION 2: Hazards identification
**2.1. Classification of the substance or mixture**
**Regulation (EC) n. 1272/2008 (CLP)**
0                          The product is not classified as hazardous according to Regulation EC 1272/2008 (CLP).
Adverse physicochemical, human health and environmental effects:
            No other hazards
**2.2. Label elements**

The product is not classified as hazardous according to Regulation EC 1272/2008 (CLP).

**Special Provisions:**

| | |
|---|---|
| EUH208 | Contains 1,2-benzisothiazol-3(2H)-one; 1,2-benzisothiazolin-3-one. May produce an allergic reaction. |
| EUH208 | Contains reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H - isothiazol-3-one [EC no. 220-239-6] (3:1). May produce an allergic reaction. |
| EUH208 | Contains 2-octyl-2H-isothiazol-3-one. May produce an allergic reaction. |
| EUH210 | Safety data sheet available on request. |

**Special provisions according to Annex XVII of REACH and subsequent amendments:**
None
**2.3. Other hazards**

            No PBT/vPvB Ingredients are present

Other Hazards: No other hazards

## SECTION 3: Composition/information on ingredients
**3.1. Substances**
            N.A.
**3.2. Mixtures**
Mixture identification: ISOLASTIC

**Hazardous components within the meaning of the CLP regulation and related classification:**

| Concentration (% w/w) | Name | Ident. Numb. | Classification | Registration Number |
|---|---|---|---|---|
| ≥1 - <2.5 % | calcium chloride | CAS:10043-52-4 EC:233-140-8 Index:017-013-00-2 | Eye Irrit. 2, H319 | 01-2119494219-28-XXXX |
| ≥0.016 - <0.025 % | 1,2-benzisothiazol-3(2H)-one; 1,2-benzisothiazolin-3-one | CAS:2634-33-5 EC:220-120-9 Index:613-088-00-6 | Skin Irrit. 2, H315; Eye Dam. 1, H318; Aquatic Acute 1, H400; Acute Tox. 4, H302; Skin Sens. 1, H317; Aquatic Chronic 2, H411 | |
| <0.0015 % | reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H -isothiazol-3-one [EC no. 220-239-6] (3:1) | CAS:55965-84-9 EC:611-341-5 Index:613-167-00-5 | Aquatic Acute 1, H400; Aquatic Chronic 1, H410; Acute Tox. 3, H301; Skin Corr. 1C, H314; Skin Sens. 1A, H317; Acute Tox. 2, H310; Acute Tox. 2, H330; Eye Dam. 1, H318, M-Chronic:100, M-Acute:100 | |

## SECTION 4: First aid measures

**4.1. Description of first aid measures**

In case of skin contact:

Wash with plenty of water and soap.

In case of eyes contact:

Wash immediately with water.

In case of Ingestion:

Do not induce vomiting, get medical attention showing the SDS and the hazard label.

In case of Inhalation:

Remove casualty to fresh air and keep warm and at rest.

**4.2. Most important symptoms and effects, both acute and delayed**

N.A.

**4.3. Indication of any immediate medical attention and special treatment needed**

Treatment:        N.A.

(see paragraph 4.1)

## SECTION 5: Firefighting measures

**5.1. Extinguishing media**

Suitable extinguishing media:

Water.

Carbon dioxide (CO2).

Extinguishing media which must not be used for safety reasons:

None in particular.

**5.2. Special hazards arising from the substance or mixture**

Do not inhale explosion and combustion gases.

**5.3. Advice for firefighters**

Use suitable breathing apparatus.

## SECTION 6: Accidental release measures

**6.1. Personal precautions, protective equipment and emergency procedures**

Wear personal protection equipment.

Remove persons to safety.

**6.2. Environmental precautions**

Do not allow to enter into soil/subsoil. Do not allow to enter into surface water or drains.

Limit leakages with earth or sand.

**6.3. Methods and material for containment and cleaning up**

Suitable material for taking up: absorbing material, organic, sand

Retain contaminated washing water and dispose it.

**6.4. Reference to other sections**

See also section 8 and 13

## SECTION 7: Handling and storage

**7.1. Precautions for safe handling**

Avoid contact with skin and eyes, inhalation of vapours and mists.

Do not eat or drink while working.

See also section 8 for recommended protective equipment.

**7.2. Conditions for safe storage, including any incompatibilities**

Keep away from food, drink and feed.

Incompatible materials:

None in particular.

Instructions as regards storage premises:

Adequately ventilated premises.

**7.3. Specific end use(s)**

Recommendation(s)

None in particular

Industrial sector specific solutions:

None in particular

---

## SECTION 8: Exposure controls/personal protection

### 8.1. Control parameters

**List of components with OEL value**

| Component | OEL Type | Country | Ceiling | Long Term mg/m3 | Long Term ppm | Short Term mg/m3 | Short Term ppm | Behaviour | Note |
|---|---|---|---|---|---|---|---|---|---|
| calcium chloride | National | CZECH REPUBLIC | | 5 | | | | | |
| | National | LATVIA | | 2 | | | | | |
| | National | CZECH REPUBLIC | C | | | 4 | | | |

**Derived No Effect Level. (DNEL)**

| Component | CAS-No. | Worker Industry | Worker Professional | Consumer | Exposure Route | Exposure Frequency | Remark |
|---|---|---|---|---|---|---|---|
| calcium chloride | 10043-52-4 | 10 mg/m3 | | | Human Inhalation | Short Term, local effects | |
| | | 5 mg/m3 | | | Human Inhalation | Long Term, local effects | |
| | | | | 5 mg/m3 | Human Inhalation | Short Term, local effects | |
| | | | | 2.5 mg/m3 | Human Inhalation | Long Term, local effects | |

### 8.2. Exposure controls

Eye protection:

Not needed for normal use. Anyway, operate according good working practices.

Protection for skin:

No special precaution must be adopted for normal use.

Protection for hands:

Suitable materials for safety gloves; EN ISO 374:

Polychloroprene - CR: thickness >=0,5mm; breakthrough time >=480min.

Nitrile rubber - NBR: thickness >=0,35mm; breakthrough time >=480min.

Butyl rubber - IIR: thickness >=0,5mm; breakthrough time >=480min.

Fluorinated rubber - FKM: thickness >=0,4mm; breakthrough time >=480min.

Respiratory protection:

Personal Protective Equipment should comply with relevant CE standards (as EN ISO 374 for gloves and EN ISO 166 for goggles), correctly maintained and stored. Consult the supplier to check the suitability of equipment against specific chemicals and for user information.

Hygienic and Technical measures

N.A.

Appropriate engineering controls:

N.A.

---

## SECTION 9: Physical and chemical properties

### 9.1. Information on basic physical and chemical properties

Physical state: Liquid

Appearance and colour:  liquid white

Odour:  Characteristic

Odour threshold:  N.A.

pH:  4.50

Melting point / freezing point:  N.A.

Initial boiling point and boiling range:  100 °C (212 °F)

Flash point:  N.A.

Evaporation rate:  N.A.

Upper/lower flammability or explosive limits:  N.A.

Vapour density:  N.A.

Vapour pressure:  N.A.

Relative density:  1.02 g/cm3

Solubility in water:  dispersible

Solubility in oil:  insoluble

Partition coefficient (n-octanol/water):  N.A.

Auto-ignition temperature:  N.A.

Decomposition temperature:  N.A.

Viscosity:  20.00 cPs

Explosive properties:  ==

Oxidizing properties:  N.A.

Solid/gas flammability:  N.A.

**9.2. Other information**

No additional information

# SECTION 10: Stability and reactivity

**10.1. Reactivity**

Stable under normal conditions

**10.2. Chemical stability**

Stable under normal conditions

**10.3. Possibility of hazardous reactions**

None.

**10.4. Conditions to avoid**

Stable under normal conditions.

**10.5. Incompatible materials**

None in particular.

**10.6. Hazardous decomposition products**

None.

# SECTION 11: Toxicological information

**11.1. Information on toxicological effects**

**Toxicological information of the mixture:**

There is no toxicological data available on the mixture. Consider the individual concentration of each component to assess toxicological effects resulting from exposure to the mixture.

**Toxicological information on main components of the mixture:**

| | | |
|---|---|---|
| calcium chloride | a) acute toxicity | LD50 Oral Rat = 2301.00000 mg/kg |
| | | LD50 Skin Rabbit = 5000.00000 mg/kg |
| 1,2-benzisothiazol-3(2H)-one; 1,2-benzisothiazolin-3-one | a) acute toxicity | LD50 Oral Rat = 1020 mg/kg |
| reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H -isothiazol-3-one [EC no. 220-239-6] (3:1) | a) acute toxicity | LC50 Inhalation Rat = 2.36000 mg/l 4h |
| | | LD50 Skin Rabbit = 660.00000 mg/kg |

LD50 Oral Rat = 53.00000 mg/kg

**If not differently specified, the information required in Regulation (EU)2015/830 listed below must be considered as N.A.**

    a) acute toxicity

    b) skin corrosion/irritation

    c) serious eye damage/irritation

    d) respiratory or skin sensitisation

    e) germ cell mutagenicity

    f) carcinogenicity

    g) reproductive toxicity

    h) STOT-single exposure

    Toxicological kinetics, metabolism and distribution information

    i) STOT-repeated exposure

    j) aspiration hazard

## SECTION 12: Ecological information

### 12.1. Toxicity

Adopt good working practices, so that the product is not released into the environment.

Eco-Toxicological Information:

**List of components with eco-toxicological properties**

| Component | Ident. Numb. | Ecotox Infos |
|---|---|---|
| calcium chloride | CAS: 10043-52-4 - EINECS: 233-140-8 - INDEX: 017-013-00-2 | a) Aquatic acute toxicity : LC50 Fish = 4630 mg/L 96 |
| | | a) Aquatic acute toxicity : EC50 Daphnia = 2400 mg/L 48 |
| | | a) Aquatic acute toxicity : EC50 Algae = 2900 mg/L 72 |
| | | a) Aquatic acute toxicity : NOEC Daphnia = 2000 mg/L 48 |
| | | b) Aquatic chronic toxicity : LC50 Daphnia = 920 mg/L - 21 d |
| | | b) Aquatic chronic toxicity : EC50 Daphnia = 610 mg/L - 21 d |
| | | a) Aquatic acute toxicity : LC50 Fish Lepomis macrochirus = 10650 mg/L 96h |
| | | a) Aquatic acute toxicity : LC50 Daphnia Daphnia magna 2280000 µg/L 48h EPA |
| 1,2-benzisothiazol-3(2H)-one; 1,2-benzisothiazolin-3-one | CAS: 2634-33-5 - EINECS: 220-120-9 - INDEX: 613-088-00-6 | a) Aquatic acute toxicity : LC50 Fish = 2,15000 mg/L |
| | | b) Aquatic chronic toxicity : NOEC Algae = 0.04030 mg/L 72h |
| | | b) Aquatic chronic toxicity : EC50 Algae = 0.11000 mg/L 72h |
| | | b) Aquatic chronic toxicity : EC10 Algae = 0.04000 mg/L 72h |
| | | b) Aquatic chronic toxicity : EC50 Daphnia = 3.27000 mg/L 48h |
| | | NOEC Daphnia = 1.20000 mg/L 21d |
| reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H -isothiazol-3-one [EC no. 220-239-6] (3:1) | CAS: 55965-84-9 - EINECS: 611-341-5 - INDEX: 613-167-00-5 | a) Aquatic acute toxicity : EC50 Daphnia = 0.12 mg/L 48 |
| | | a) Aquatic acute toxicity : LC50 Fish = 0.22 mg/L 96 |
| | | a) Aquatic acute toxicity : EC50 Algae = 0.048 mg/L 72 |
| | | b) Aquatic chronic toxicity : NOEC Algae = 0.0012 mg/L 72 |
| | | b) Aquatic chronic toxicity : NOEC Fish = 0.098 mg/L - 28 d |
| | | b) Aquatic chronic toxicity : NOEC Daphnia = 0.004 mg/L - 21 d |

### 12.2. Persistence and degradability

    N.A.

**12.3. Bioaccumulative potential**

N.A.

**12.4. Mobility in soil**

N.A.

**12.5. Results of PBT and vPvB assessment**

No PBT/vPvB Ingredients are present

**12.6. Other adverse effects**

N.A.

---

## SECTION 13: Disposal considerations

**13.1. Waste treatment methods**

The generation of waste should be avoided or minimized wherever possible. Recover if possible.

A waste code (EWC) according to European List of Waste (LoW) cannot be specified, due to dependence on the usage. Contact and send to an authorized waste disposal service.

Methods of disposal:

Disposal of this product, solutions, packaging and any by-products should at all times comply with the requirements of environmental protection and waste disposal legislation and any regional local authority requirements.

Dispose of surplus and nonrecyclable products via a licensed waste disposal contractor.

Do not dispose of waste into sewers.

Clean waste packaging should be recycled when possible and authorized by the authority.

Hazardous waste: No

Disposal considerations:

Do not allow to enter drains or watercourses.

Dispose of product according to all federal, state and local applicable regulations.

If this product is mixed with other wastes, the original waste product code may no longer apply and the appropriate code should be assigned.

Dispose of containers contaminated by the product in accordance with local or national legal provisions. For further information, contact your local waste authority.

Special precautions:

This material and its container must be disposed of in a safe way. Care should be taken when handling untreated empty containers.

Avoid dispersal of spilled material and runoff and contact with soil, waterways, drains and sewers.

Empty containers or liners may retain some product residues. Do not re-use empty containers.

---

## SECTION 14: Transport information

Not classified as dangerous in the meaning of transport regulations.

**14.1. UN number**

N.A.

**14.2. UN proper shipping name**

N.A.

**14.3. Transport hazard class(es)**

N.A.

**14.4. Packing group**

N.A.

**14.5. Environmental hazards**

N.A.

**14.6. Special precautions for user**

N.A.

Road and Rail ( ADR-RID ) :

N.A.

ADR-Hazard identification number:  NA

Air ( IATA ) :

N.A.

Sea ( IMDG ) :

N.A.

**14.7. Transport in bulk according to Annex II of Marpol and the IBC Code**

N.A.

---

## SECTION 15: Regulatory information

**15.1. Safety, health and environmental regulations/legislation specific for the substance or mixture**

VOC (2004/42/EC) :   N.A. g/l
Dir. 98/24/EC (Risks related to chemical agents at work)
Dir. 2000/39/EC (Occupational exposure limit values)
Regulation (EC) n. 1907/2006 (REACH)
Regulation (EU) 2015/830
Regulation (EC) n. 1272/2008 (CLP)
Regulation (EC) n. 790/2009 (ATP 1 CLP) and (EU) n. 758/2013
Regulation (EU) n. 2018/669 (ATP 11 CLP)
Regulation (EU) n. 2019/521 (ATP 12 CLP)
Regulation (EU) n. 286/2011 (ATP 2 CLP)
Regulation (EU) n. 618/2012 (ATP 3 CLP)
Regulation (EU) n. 487/2013 (ATP 4 CLP)
Regulation (EU) n. 944/2013 (ATP 5 CLP)
Regulation (EU) n. 605/2014 (ATP 6 CLP)
Regulation (EU) n. 2015/1221 (ATP 7 CLP)
Regulation (EU) n. 2016/918 (ATP 8 CLP)
Regulation (EU) n. 2016/1179 (ATP 9 CLP)
Regulation (EU) n. 2017/776 (ATP 10 CLP)
Regulation (EU) n. 2018/669 (ATP 11 CLP)
Regulation (EU) n. 2018/1480 (ATP 13 CLP)
Provisions related to directive EU 2012/18 (Seveso III):

N.A.

**Restrictions related to the product or the substances contained according to Annex XVII Regulation (EC) 1907/2006 (REACH) and subsequent modifications:**
Restrictions related to the product: None
Restrictions related to the substances contained: 28, 72
**SVHC Substances:**
No data available
**National regulations**
MAL-kode:   00-3
**German Water Hazard Class (WGK)**
1

**15.2. Chemical safety assessment**
No Chemical Safety Assessment has been carried out for the mixture.

---

## SECTION 16: Other information

| Code | Description |
|------|-------------|
| H319 | Causes serious eye irritation. |

| Code | Hazard class and hazard category | Description |
|------|----------------------------------|-------------|
| 3.3/2 | Eye Irrit. 2 | Eye irritation, Category 2 |

This document was prepared by a competent person who has received appropriate training.
Main bibliographic sources:
ECDIN - Environmental Chemicals Data and Information Network - Joint Research Centre, Commission of the European Communities
SAX's DANGEROUS PROPERTIES OF INDUSTRIAL MATERIALS - Eight Edition - Van Nostrand Reinold
The information contained herein is based on our state of knowledge at the above-specified date. It refers solely to the product indicated and constitutes no guarantee of particular quality.
It is the duty of the user to ensure that this information is appropriate and complete with respect to the specific use intended.
This SDS cancels and replaces any preceding release.
Legend to abbreviations and acronyms used in the safety data sheet:
ACGIH: American Conference of Governmental Industrial Hygienists
ADR: European Agreement concerning the International Carriage of Dangerous Goods by Road.
AND: European Agreement concerning the International Carriage of Dangerous Goods by Inland Waterways
ATE: Acute Toxicity Estimate
ATEmix: Acute toxicity Estimate (Mixtures)
BCF: Biological Concentration Factor
BEI: Biological Exposure Index
BOD: Biochemical Oxygen Demand
CAS: Chemical Abstracts Service (division of the American Chemical Society).

CAV: Poison Center
CE: European Community
CLP: Classification, Labeling, Packaging.
CMR: Carcinogenic, Mutagenic and Reprotoxic
COD: Chemical Oxygen Demand
COV: Volatile Organic Compound
CSA: Chemical Safety Assessment
CSR: Chemical Safety Report
DMEL: Derived Minimal Effect Level
DNEL: Derived No Effect Level.
DPD: Dangerous Preparations Directive
DSD: Dangerous Substances Directive
EC50: Half Maximal Effective Concentration
ECHA: European Chemicals Agency
EINECS: European Inventory of Existing Commercial Chemical Substances.
ES: Exposure Scenario
GefStoffVO: Ordinance on Hazardous Substances, Germany.
GHS: Globally Harmonized System of Classification and Labeling of Chemicals.
IARC: International Agency for Research on Cancer
IATA: International Air Transport Association.
IATA-DGR: Dangerous Goods Regulation by the "International Air Transport Association" (IATA).
IC50: half maximal inhibitory concentration
ICAO: International Civil Aviation Organization.
ICAO-TI: Technical Instructions by the "International Civil Aviation Organization" (ICAO).
IMDG: International Maritime Code for Dangerous Goods.
INCI: International Nomenclature of Cosmetic Ingredients.
IRCCS: Scientific Institute for Research, Hospitalization and Health Care
KSt: Explosion coefficient.
LC50: Lethal concentration, for 50 percent of test population.
LD50: Lethal dose, for 50 percent of test population.
LDLo: Leathal Dose Low
N.A.: Not Applicable
N/A: Not Applicable
N/D: Not defined/ Not available
NA: Not available
NIOSH: National Institute for Occupational Safety and Health
NOAEL: No Observed Adverse Effect Level
OSHA: Occupational Safety and Health Administration.
PBT: Persistent, Bioaccumulative and Toxic
PGK: Packaging Instruction
PNEC: Predicted No Effect Concentration.
PSG: Passengers
RID: Regulation Concerning the International Transport of Dangerous Goods by Rail.
STEL: Short Term Exposure limit.
STOT: Specific Target Organ Toxicity.
TLV: Threshold Limiting Value.
TWATLV: Threshold Limit Value for the Time Weighted Average 8 hour day. (ACGIH Standard).
vPvB: Very Persistent, Very Bioaccumulative.
WGK: German Water Hazard Class.

**Paragraphs modified from the previous revision:**
- 1. IDENTIFICATION OF THE SUBSTANCE/PREPARATION AND OF THE COMPANY/UNDERTAKING
- 2. HAZARDS IDENTIFICATION
- 3. COMPOSITION/INFORMATION ON INGREDIENTS
- 7. HANDLING AND STORAGE
- 8. EXPOSURE CONTROLS/PERSONAL PROTECTION
- 9. PHYSICAL AND CHEMICAL PROPERTIES
- 11. TOXICOLOGICAL INFORMATION
- 12. ECOLOGICAL INFORMATION
- 13. DISPOSAL CONSIDERATIONS
- 14. TRANSPORT INFORMATION
- 15. REGULATORY INFORMATION

**Safety Data Sheet**
**PRIMER 3296**
Safety Data Sheet dated: 28/09/2021 - version 3



---

## SECTION 1: Identification of the substance/mixture and of the company/undertaking

**1.1. Product identifier**

Mixture identification:

      Trade name:  PRIMER 3296

      Trade code:  902531

**1.2. Relevant identified uses of the substance or mixture and uses advised against**

Recommended use: N.A.

Uses advised against: N.A.

**1.3. Details of the supplier of the safety data sheet**

Company: MAPEI S.p.A. - Via Cafiero, 22 - 20158 Milano

Tel. +(39)02376731 (office hours) - Fax: +39-02-37673.214 - www.mapei.it

Responsible: sicurezza@mapei.it

**1.4. Emergency telephone number**

Poison Centre - Ospedale di Niguarda - Milan - Tel. +39/02/66101029

---

## SECTION 2: Hazards identification

**2.1. Classification of the substance or mixture**

**Regulation (EC) n. 1272/2008 (CLP)**

0                      The product is not classified as dangerous according to Regulation EC 1272/2008 (CLP).

Adverse physicochemical, human health and environmental effects:

      No other hazards

**2.2. Label elements**

The product is not classified as dangerous according to Regulation EC 1272/2008 (CLP).

**Special Provisions:**

EUH208      Contains reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H -isothiazol-3-one [EC no. 220-239-6] (3:1). May produce an allergic reaction.

EUH210      Safety data sheet available on request.

**Special provisions according to Annex XVII of REACH and subsequent amendments:**

None.

**2.3. Other hazards**

      No PBT/vPvB Ingredients are present

Other Hazards: No other hazards

---

## SECTION 3: Composition/information on ingredients

**3.1. Substances**

    N.A.

**3.2. Mixtures**

Mixture identification: PRIMER 3296

**Hazardous components within the meaning of the CLP regulation and related classification:**

| Concentration (% w/w) | Name | Ident. Numb. | Classification | Registration Number |
|---|---|---|---|---|
| <0.0015 % | reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H -isothiazol-3-one [EC no. 220-239-6] (3:1) | CAS:55965-84-9 EC:611-341-5 Index:613-167-00-5 | Aquatic Acute 1, H400; Aquatic Chronic 1, H410; Acute Tox. 3, H301; Skin Corr. 1C, H314; Skin Sens. 1A, H317; Acute Tox. 2, H310; Acute Tox. 2, H330; Eye Dam. 1, H318, M-Chronic:100, M-Acute:100 | |

---

## SECTION 4: First aid measures

**4.1. Description of first aid measures**

In case of skin contact:

Wash with plenty of water and soap.

In case of eyes contact:

Wash immediately with water.

In case of Ingestion:

Do not induce vomiting, get medical attention showing the SDS and the hazard label.

In case of Inhalation:

Remove casualty to fresh air and keep warm and at rest.

**4.2. Most important symptoms and effects, both acute and delayed**

N.A.

**4.3. Indication of any immediate medical attention and special treatment needed**

Treatment:            N.A.

(see paragraph 4.1)

## SECTION 5: Firefighting measures

**5.1. Extinguishing media**

Suitable extinguishing media:

Water.

Carbon dioxide (CO2).

Extinguishing media which must not be used for safety reasons:

None in particular.

**5.2. Special hazards arising from the substance or mixture**

Do not inhale explosion and combustion gases.

**5.3. Advice for firefighters**

Use suitable breathing apparatus.

## SECTION 6: Accidental release measures

**6.1. Personal precautions, protective equipment and emergency procedures**

Wear personal protection equipment.

Remove persons to safety.

**6.2. Environmental precautions**

Do not allow to enter into soil/subsoil. Do not allow to enter into surface water or drains.

Limit leakages with earth or sand.

**6.3. Methods and material for containment and cleaning up**

Suitable material for taking up: absorbing material, organic, sand

Retain contaminated washing water and dispose it.

**6.4. Reference to other sections**

See also section 8 and 13

## SECTION 7: Handling and storage

**7.1. Precautions for safe handling**

Avoid contact with skin and eyes, inhalation of vapours and mists.

Do not eat or drink while working.

See also section 8 for recommended protective equipment.

**7.2. Conditions for safe storage, including any incompatibilities**

Keep away from food, drink and feed.

Incompatible materials:

None in particular.

Instructions as regards storage premises:

Adequately ventilated premises.

**7.3. Specific end use(s)**

Recommendation(s)

None in particular

Industrial sector specific solutions:

None in particular

## SECTION 8: Exposure controls/personal protection

**8.1. Control parameters**

No data available

**8.2. Exposure controls**

Eye protection:

Not needed for normal use. Anyway, operate according good working practices.

Protection for skin:

No special precaution must be adopted for normal use.

Protection for hands:

Suitable materials for safety gloves; EN ISO 374:

Polychloroprene - CR: thickness >=0,5mm; breakthrough time >=480min.

Nitrile rubber - NBR: thickness >=0,35mm; breakthrough time >=480min.

Butyl rubber - IIR: thickness >=0,5mm; breakthrough time >=480min.

Fluorinated rubber - FKM: thickness >=0,4mm; breakthrough time >=480min.

Respiratory protection:

Personal Protective Equipment should comply with relevant CE standards (as EN ISO 374 for gloves and EN ISO 166 for goggles), correctly maintained and stored. Consult the supplier to check the suitability of equipment against specific chemicals and for user information.

Hygienic and Technical measures

N.A.

Appropriate engineering controls:

N.A.

---

## SECTION 9: Physical and chemical properties

### 9.1. Information on basic physical and chemical properties

Physical state: Liquid

Appearance and colour:  liquid white

Odour:  Characteristic

Odour threshold:  N.A.

pH:  6.00

Melting point / freezing point:  N.A.

Initial boiling point and boiling range:  N.A.

Flash point:  N.A.

Evaporation rate:  N.A.

Upper/lower flammability or explosive limits:  N.A.

Vapour density:  N.A.

Vapour pressure:  N.A.

Relative density:  1.06 g/cm3

Solubility in water:  N.A.

Solubility in oil:  N.A.

Partition coefficient (n-octanol/water):  N.A.

Auto-ignition temperature:  N.A.

Decomposition temperature:  N.A.

Viscosity:  N.A.

Explosive properties:  N.A.

Oxidizing properties:  N.A.

Solid/gas flammability:  N.A.

### 9.2. Other information

No additional information

---

## SECTION 10: Stability and reactivity

### 10.1. Reactivity

Stable under normal conditions

### 10.2. Chemical stability

Stable under normal conditions

### 10.3. Possibility of hazardous reactions

None.

### 10.4. Conditions to avoid

Stable under normal conditions.

### 10.5. Incompatible materials

None in particular.

### 10.6. Hazardous decomposition products

None.

---

## SECTION 11: Toxicological information

**11.1. Information on toxicological effects**

**Toxicological information of the mixture:**

There is no toxicological data available on the mixture. Consider the individual concentration of each component to assess toxicological effects resulting from exposure to the mixture.

**Toxicological information on main components of the mixture:**

| | | |
|---|---|---|
| reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H -isothiazol-3-one [EC no. 220-239-6] (3:1) | a) acute toxicity | LC50 Inhalation Rat = 2.36000 mg/l 4h |
| | | LD50 Skin Rabbit = 660.00000 mg/kg |
| | | LD50 Oral Rat = 53.00000 mg/kg |

**If not differently specified, the information required in Regulation (EU)2015/830 listed below must be considered as N.A.**

a) acute toxicity

b) skin corrosion/irritation

c) serious eye damage/irritation

d) respiratory or skin sensitisation

e) germ cell mutagenicity

f) carcinogenicity

g) reproductive toxicity

h) STOT-single exposure

Toxicological kinetics, metabolism and distribution information

i) STOT-repeated exposure

j) aspiration hazard

---

# SECTION 12: Ecological information

**12.1. Toxicity**

Adopt good working practices, so that the product is not released into the environment.

Eco-Toxicological Information:

**List of components with eco-toxicological properties**

| Component | Ident. Numb. | Ecotox Infos |
|---|---|---|
| reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H -isothiazol-3-one [EC no. 220-239-6] (3:1) | CAS: 55965-84-9 - EINECS: 611-341-5 - INDEX: 613-167-00-5 | a) Aquatic acute toxicity :  EC50 Daphnia = 0.12 mg/L 48 |
| | | a) Aquatic acute toxicity :  LC50 Fish = 0.22 mg/L 96 |
| | | a) Aquatic acute toxicity :  EC50 Algae = 0.048 mg/L 72 |
| | | b) Aquatic chronic toxicity :  NOEC Algae = 0.0012 mg/L 72 |
| | | b) Aquatic chronic toxicity :  NOEC Fish = 0.098 mg/L  -  28 d |
| | | b) Aquatic chronic toxicity :  NOEC Daphnia = 0.004 mg/L  -  21 d |

**12.2. Persistence and degradability**

N.A.

**12.3. Bioaccumulative potential**

N.A.

**12.4. Mobility in soil**

N.A.

**12.5. Results of PBT and vPvB assessment**

No PBT/vPvB Ingredients are present

**12.6. Other adverse effects**

N.A.

## SECTION 13: Disposal considerations

### 13.1. Waste treatment methods

The generation of waste should be avoided or minimized wherever possible. Recover if possible.

A waste code (EWC) according to European List of Waste (LoW) cannot be specified, due to dependence on the usage. Contact and send to an authorized waste disposal service.

Methods of disposal:

Disposal of this product, solutions, packaging and any by-products should at all times comply with the requirements of environmental protection and waste disposal legislation and any regional local authority requirements.

Dispose of surplus and nonrecyclable products via a licensed waste disposal contractor.

Do not dispose of waste into sewers.

Clean waste packaging should be recycled when possible and authorized by the authority.

Hazardous waste: No

Disposal considerations:

Do not allow to enter drains or watercourses.

Dispose of product according to all federal, state and local applicable regulations.

If this product is mixed with other wastes, the original waste product code may no longer apply and the appropriate code should be assigned.

Dispose of containers contaminated by the product in accordance with local or national legal provisions. For further information, contact your local waste authority.

Special precautions:

This material and its container must be disposed of in a safe way. Care should be taken when handling untreated empty containers.

Avoid dispersal of spilled material and runoff and contact with soil, waterways, drains and sewers.

Empty containers or liners may retain some product residues. Do not re-use empty containers.

## SECTION 14: Transport information

Not classified as dangerous in the meaning of transport regulations.

### 14.1. UN number

N.A.

### 14.2. UN proper shipping name

N.A.

### 14.3. Transport hazard class(es)

N.A.

### 14.4. Packing group

N.A.

### 14.5. Environmental hazards

N.A.

### 14.6. Special precautions for user

N.A.

Road and Rail ( ADR-RID ) :

N.A.

Air ( IATA ) :

N.A.

Sea ( IMDG ) :

N.A.

### 14.7. Transport in bulk according to Annex II of Marpol and the IBC Code

N.A.

## SECTION 15: Regulatory information

### 15.1. Safety, health and environmental regulations/legislation specific for the substance or mixture

VOC (2004/42/EC) :     5 g/l

Dir. 98/24/EC (Risks related to chemical agents at work)

Dir. 2000/39/EC (Occupational exposure limit values)

Regulation (EC) n. 1907/2006 (REACH)

Regulation (EU) 2015/830

Regulation (EC) n. 1272/2008 (CLP)

Regulation (EC) n. 790/2009 (ATP 1 CLP) and (EU) n. 758/2013

Regulation (EU) n. 2018/669 (ATP 11 CLP)

Regulation (EU) n. 2019/521 (ATP 12 CLP)

Regulation (EU) n. 286/2011 (ATP 2 CLP)

Regulation (EU) n. 618/2012 (ATP 3 CLP)
Regulation (EU) n. 487/2013 (ATP 4 CLP)
Regulation (EU) n. 944/2013 (ATP 5 CLP)
Regulation (EU) n. 605/2014 (ATP 6 CLP)
Regulation (EU) n. 2015/1221 (ATP 7 CLP)
Regulation (EU) n. 2016/918 (ATP 8 CLP)
Regulation (EU) n. 2016/1179 (ATP 9 CLP)
Regulation (EU) n. 2017/776 (ATP 10 CLP)
Regulation (EU) n. 2018/669 (ATP 11 CLP)
Regulation (EU) n. 2018/1480 (ATP 13 CLP)
Provisions related to directive EU 2012/18 (Seveso III):

N.A.

**Restrictions related to the product or the substances contained according to Annex XVII Regulation (EC) 1907/2006 (REACH) and subsequent modifications:**
Restrictions related to the product: None.
Restrictions related to the substances contained: 75
**SVHC Substances:**
No data available
**German Water Hazard Class (WGK)**
1

**15.2. Chemical safety assessment**
No Chemical Safety Assessment has been carried out for the mixture.

---

**SECTION 16: Other information**

This document was prepared by a competent person who has received appropriate training.
Main bibliographic sources:

ECDIN - Environmental Chemicals Data and Information Network - Joint Research Centre, Commission of the European Communities

SAX's DANGEROUS PROPERTIES OF INDUSTRIAL MATERIALS - Eight Edition - Van Nostrand Reinold

The information contained herein is based on our state of knowledge at the above-specified date. It refers solely to the product indicated and constitutes no guarantee of particular quality.
It is the duty of the user to ensure that this information is appropriate and complete with respect to the specific use intended.
This SDS cancels and replaces any preceding release.
Legend to abbreviations and acronyms used in the safety data sheet:

ACGIH: American Conference of Governmental Industrial Hygienists
ADR: European Agreement concerning the International Carriage of Dangerous Goods by Road.
AND: European Agreement concerning the International Carriage of Dangerous Goods by Inland Waterways
ATE: Acute Toxicity Estimate
ATEmix: Acute toxicity Estimate (Mixtures)
BCF: Biological Concentration Factor
BEI: Biological Exposure Index
BOD: Biochemical Oxygen Demand
CAS: Chemical Abstracts Service (division of the American Chemical Society).
CAV: Poison Center
CE: European Community
CLP: Classification, Labeling, Packaging.
CMR: Carcinogenic, Mutagenic and Reprotoxic
COD: Chemical Oxygen Demand
COV: Volatile Organic Compound
CSA: Chemical Safety Assessment
CSR: Chemical Safety Report
DMEL: Derived Minimal Effect Level
DNEL: Derived No Effect Level.
DPD: Dangerous Preparations Directive
DSD: Dangerous Substances Directive
EC50: Half Maximal Effective Concentration
ECHA: European Chemicals Agency
EINECS: European Inventory of Existing Commercial Chemical Substances.
ES: Exposure Scenario
GefStoffVO: Ordinance on Hazardous Substances, Germany.
GHS: Globally Harmonized System of Classification and Labeling of Chemicals.

IARC: International Agency for Research on Cancer

IATA: International Air Transport Association.

IATA-DGR: Dangerous Goods Regulation by the "International Air Transport Association" (IATA).

IC50: half maximal inhibitory concentration

ICAO: International Civil Aviation Organization.

ICAO-TI: Technical Instructions by the "International Civil Aviation Organization" (ICAO).

IMDG: International Maritime Code for Dangerous Goods.

INCI: International Nomenclature of Cosmetic Ingredients.

IRCCS: Scientific Institute for Research, Hospitalization and Health Care

KSt: Explosion coefficient.

LC50: Lethal concentration, for 50 percent of test population.

LD50: Lethal dose, for 50 percent of test population.

LDLo: Leathal Dose Low

N.A.: Not Applicable

N/A: Not Applicable

N/D: Not defined/ Not available

NA: Not available

NIOSH: National Institute for Occupational Safety and Health

NOAEL: No Observed Adverse Effect Level

OSHA: Occupational Safety and Health Administration.

PBT: Persistent, Bioaccumulative and Toxic

PGK: Packaging Instruction

PNEC: Predicted No Effect Concentration.

PSG: Passengers

RID: Regulation Concerning the International Transport of Dangerous Goods by Rail.

STEL: Short Term Exposure limit.

STOT: Specific Target Organ Toxicity.

TLV: Threshold Limiting Value.

TWATLV: Threshold Limit Value for the Time Weighted Average 8 hour day. (ACGIH Standard).

vPvB: Very Persistent, Very Bioaccumulative.

WGK: German Water Hazard Class.

**Paragraphs modified from the previous revision:**

- 2. HAZARDS IDENTIFICATION
- 3. COMPOSITION/INFORMATION ON INGREDIENTS
- 9. PHYSICAL AND CHEMICAL PROPERTIES
- 15. REGULATORY INFORMATION



## Safety Data Sheet
## ECO PRIM T PLUS

**Safety Data Sheet dated 15/5/2018, version 1**
**SECTION 1: Identification of the substance/mixture and of the company/undertaking**

1.1. Product identifier
　　Trade name: ECO PRIM T PLUS

1.2. Relevant identified uses of the substance or mixture and uses advised against
Recommended use:
Water dispersion of synthetic polymers.
Uses advised against:
==

1.3. Details of the supplier of the safety data sheet
　　Supplier:
　　MAPEI U.K. Ltd - Mapei House Steel Park Road
　　Halesowen - West Midlands B62 8HD
　　phone: +44(0)121 508 6970
　　　fax:+44(0)121 5086 960
　　　www mapei co.uk (office hour 7:00 am - 7:00 pm)

Competent person responsible for the safety data sheet:
　　sicurezza@mapei.it

1.4. Emergency telephone number

　　For medical emergencies call NHS 111 (where available) or your local doctor/ hospital. If you require advice outside of Mapei (UK) office hours (7am – 7pm) on any environmental issues, please contact OHES Environmental Ltd +44 (0) 1684 299 886

**SECTION 2: Hazards identification**

2.1. Classification of the substance or mixture

EC regulation criteria 1272/2008 (CLP)

　　The product is not classified as dangerous according to Regulation EC 1272/2008 (CLP).

Adverse physicochemical, human health and environmental effects:
　　No other hazards

2.2. Label elements

Hazard pictograms:
　　None
Hazard Statements:
　　None
Precautionary Statements:
　　None



**Safety Data Sheet**
**ECO PRIM T PLUS**

Special Provisions:
EUH210 Safety data sheet available on request.
Contains
2-methyl-2H-isothiazol-3-one: May produce an allergic reaction.
1,2-benzisothiazol-3(2H)-one;  1,2-benzisothiazolin-3-one: May produce an allergic reaction.
reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H
-isothiazol-3-one [EC no. 220-239-6] (3:1): May produce an allergic reaction.


The product is not classified as dangerous according to Regulation EC 1272/2008 (CLP).
Special provisions according to Annex XVII of REACH and subsequent amendments:
None
2.3. Other hazards
vPvB Substances: None - PBT Substances: None
Other Hazards:
No other hazards

## SECTION 3: Composition/information on ingredients

3.1. Substances
N.A.

3.2. Mixtures

Hazardous components within the meaning of the CLP regulation and related classification:
\>= 0.005% - < 0.01% 1,2-benzisothiazol-3(2H)-one;  1,2-benzisothiazolin-3-one
Index number: 613-088-00-6, CAS: 2634-33-5, EC: 220-120-9
◊ 3.2/2 Skin Irrit. 2 H315
◊ 3.3/1 Eye Dam. 1 H318
◊ 3.4.2/1-1A-1B Skin Sens. 1,1A,1B H317
◊ 4.1/A1 Aquatic Acute 1 H400
◊ 3.1/4/Oral Acute Tox. 4 H302

\>= 0.005% - < 0.01% 1,2-benzisothiazol-3(2H)-one
Index number: 613-088-00-6, CAS: 2634-33-5, EC: 220-120-9
◊ 3.1/2/Inhal Acute Tox. 2 H330
◊ 3.2/2 Skin Irrit. 2 H315
◊ 3.3/1 Eye Dam. 1 H318
◊ 4.1/C2 Aquatic Chronic 2 H411
◊ 3.4.2/1 Skin Sens. 1 H317
◊ 4.1/A1 Aquatic Acute 1 H400
◊ 3.1/4/Oral Acute Tox. 4 H302

\>= 0.00015% - < 0.0015% reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7]
and 2-methyl-2H -isothiazol-3-one [EC no. 220-239-6] (3:1)
Index number: 613-167-00-5, CAS: 55965-84-9, EC: 611-341-5
◊ 3.2/1B Skin Corr. 1B H314
◊ 3.4.2/1-1A-1B Skin Sens. 1,1A,1B H317
◊ 4.1/A1 Aquatic Acute 1 H400
◊ 4.1/C1 Aquatic Chronic 1 H410
◊ 3.1/3/Oral Acute Tox. 3 H301
◊ 3.1/3/Dermal Acute Tox. 3 H311
◊ 3.1/3/Inhal Acute Tox. 3 H331



**Safety Data Sheet**
**ECO PRIM T PLUS**

**SECTION 4: First aid measures**

4.1. Description of first aid measures
In case of skin contact:
 Wash with plenty of water and soap.
In case of  eyes contact:
 In case of contact with eyes, rinse immediately with plenty of water and seek medical advice.
 Wash immediately with water for at least 10 minutes.
In case of Ingestion:
 Do not under any circumstances induce vomiting. OBTAIN A MEDICAL EXAMINATION IMMEDIATELY.
 A suspension of activated charcoal in water, or petrolium jelly may be administered.
 Wash the mouth thoroughly and drink plenty of water. In case of disease consult a physician immediately and present this safety-data sheet.
In case of Inhalation:
 Remove casualty to fresh air and keep warm and at rest.
4.2. Most important symptoms and effects, both acute and delayed
 No specific hazards are encountered under normal product use.
4.3. Indication of any immediate medical attention and special treatment needed
 Treatment:
 (see paragraph 4.1)

**SECTION 5: Firefighting measures**

5.1. Extinguishing media
 Suitable extinguishing media:
 Water.
 CO2 or Dry chemical fire extinguisher.
 Extinguishing media which must not be used for safety reasons:
 None in particular.
5.2. Special hazards arising from the substance or mixture
 The product does not present a fire hazard
 Do not inhale explosion and combustion gases.
 The original ingredients or unidentified toxic and/or irritant compounds may be present in the combustion fumes.
5.3. Advice for firefighters
 Use suitable breathing apparatus .
 Collect contaminated fire extinguishing water separately. This must not be discharged into drains.
 Move undamaged containers from immediate hazard area if it can be done safely.

**SECTION 6: Accidental release measures**

6.1. Personal precautions, protective equipment and emergency procedures
 Wear personal protection equipment.
 Remove persons to safety.
 See protective measures under point 7 and 8.
6.2. Environmental precautions
 Limit leakages with earth or sand.
 Do not allow to enter into soil/subsoil. Do not allow to enter into surface water or drains.
 Retain contaminated washing water and dispose it.
 In case of gas escape or of entry into waterways, soil or drains, inform the responsible authorities.
 Suitable material for taking up: absorbing material, organic, sand
6.3. Methods and material for containment and cleaning up



## Safety Data Sheet
## ECO PRIM T PLUS

After the product has been recovered, rinse the area and materials involved with water.
      Suitable material for taking up: absorbing material, organic, sand
      Wash with plenty of water.
      Retain contaminated washing water and dispose it.
6.4. Reference to other sections
      See also section 8 and 13

## SECTION 7: Handling and storage
7.1. Precautions for safe handling
      Avoid contact with skin and eyes, inhalation of vapours and mists.
      Do not eat or drink while working.
      See also section 8 for recommended protective equipment.
7.2. Conditions for safe storage, including any incompatibilities
      Keep away from food, drink and feed.
      Incompatible materials:
      None in particular.
      Instructions as regards storage premises:
      Adequately ventilated premises.
      Store above 5°C.
7.3. Specific end use(s)
      None in particular

## SECTION 8: Exposure controls/personal protection
8.1. Control parameters
      No occupational exposure limit available
DNEL Exposure Limit Values
      N.A.
PNEC Exposure Limit Values
      N.A.
8.2. Exposure controls
Eye protection:
      Not needed for normal use. Anyway, operate according good working practices.
Protection for skin:
      No special precaution must be adopted for normal use.
      Not needed for normal use.
Respiratory protection:
      Not needed for normal use.
      A dust mask (P2) should be worn if above exposure limits (EN 149)


Personal Protective Equipment should comply with relevant CE standards (as EN 374 for gloves and EN 166 for goggles), correctly maintained and stored. Consult the supplier to check the suitability of equipment against specific chemicals and for user information.


Thermal Hazards:
      None
Environmental exposure controls:
      None

Appropriate engineering controls:
      None



**Safety Data Sheet**
**ECO PRIM T PLUS**

---

## SECTION 9: Physical and chemical properties

9.1. Information on basic physical and chemical properties

| | |
|---|---|
| Appearance: | liquid |
| Colour: | blue |
| Odour: | typical |
| Odour threshold: | N.A. |
| pH: | 7.5 |
| Melting point / freezing point: | N.A. |
| Initial boiling point and boiling range: | 100 ℃ |
| Solid/gas flammability: | N.A. |
| Upper/lower flammability or explosive limits: | N.A. |
| Vapour density: | Not determined |
| Flash point: | == ℃ |
| Evaporation rate: | Not determined |
| Vapour pressure: | Not determined |
| Relative density: | 1.02 g/cm³ (23℃) |
| Vapour density (air=1): | Not determined |
| Solubility in water: | dispersible |
| Solubility in oil: | insoluble |
| Viscosity: | 1100 mPa.s (23℃) |
| Auto-ignition temperature: | == ℃ - No explosive or s pontaneous ignition in contact with air at room temperature |
| Explosion limits(by volume): | == |
| Decomposition temperature: | N.A. |
| Partition coefficient (n-octanol/water): | N.A. - This product is a mixture |
| Explosive properties: | == - No components with explosive properties |
| Oxidizing properties: | N.A. - No component with oxidizing properties |

9.2. Other information

No additional information

---

## SECTION 10: Stability and reactivity

10.1. Reactivity
Stable under normal conditions
10.2. Chemical stability
Stable under normal conditions
10.3. Possibility of hazardous reactions
None
10.4. Conditions to avoid
Stable under normal conditions.
10.5. Incompatible materials
None in particular.
10.6. Hazardous decomposition products
None.

---

## SECTION 11: Toxicological information

11.1. Information on toxicological effects
Route(s) of entry:

| | |
|---|---|
| Ingestion: | Yes |
| Inhalation: | No |
| Contact: | No |

There is no toxicological data available on the mixture. Consider the individual concentration of each component to assess toxicological effects resulting from exposure to the mixture.
The following tests refer to a mixture with a similar composition



**Safety Data Sheet**
**ECO PRIM T PLUS**

Toxicological information on main components of the mixture:
  Toxicological information of the product:
  N.A.
Toxicological information of the main substances found in the product:
  reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H
  -isothiazol-3-one [EC no. 220-239-6] (3:1) - CAS: 55965-84-9
  a) acute toxicity:
    Test: LD50 - Route: Oral - Species: Rat = 457 mg/kg
    Test: LC50 - Route: Inhalation - Species: Rat = 2.36 mg/l - Duration: 4h
    Test: LD50 - Route: Skin - Species: Rabbit = 660 mg/kg

  Acute Toxicity:                    no effects are known
  Chronic Toxicity:                  no effects are known
  Corrosive/Irritating Properties:
  Eye:
    The product can cause a temporary irritation by contact.
Cancerogenic Effects:
  No effects are known.
Mutagenic Effects:
  No effects are known.
Teratogenic Effects:
  No effects are known.
If not differently specified, the information required in Regulation (EU)2015/830 listed below must be
considered as N.A.:
  a) acute toxicity
  b) skin corrosion/irritation
  c) serious eye damage/irritation
  d) respiratory or skin sensitisation
  e) germ cell mutagenicity
  f) carcinogenicity
  g) reproductive toxicity
  h) STOT-single exposure
  i) STOT-repeated exposure
  j) aspiration hazard

**SECTION 12: Ecological information**
12.1. Toxicity
  Adopt good industrial practices, so that the product is not released into the environment.
  Biodegradability: no data available on the preparation.
  1,2-benzisothiazol-3(2H)-one - CAS: 2634-33-5
  a) Aquatic acute toxicity:
    Endpoint: EC50 - Species: Daphnia = 3.27 mg/l - Duration h: 48
    Endpoint: EC50 - Species: Algae = 0.11 mg/l - Duration h: 72
    Endpoint: LC50 - Species: Fish = 1.6 mg/l - Duration h: 96
  b) Aquatic chronic toxicity:
    Endpoint: NOEC - Species: Fish = 0.21 mg/l - Notes: 28 d
    Endpoint: NOEC - Species: Daphnia = 1.2 mg/l - Notes: 21 d
  c) Bacteria toxicity:
    Endpoint: EC50 - Species: 19126 = 13 mg/l - Duration h: 3
  reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H
  -isothiazol-3-one [EC no. 220-239-6] (3:1) - CAS: 55965-84-9
  a) Aquatic acute toxicity:
    Endpoint: EC50 - Species: Daphnia = 0.12 mg/l - Duration h: 48
    Endpoint: LC50 - Species: Fish = 0.22 mg/l - Duration h: 96
    Endpoint: EC50 - Species: Algae = 0.048 mg/l - Duration h: 72



**Safety Data Sheet**
**ECO PRIM T PLUS**

        b) Aquatic chronic toxicity:
                Endpoint: NOEC - Species: Algae = 0.0012 mg/l - Duration h: 72
                Endpoint: NOEC - Species: Fish = 0.098 mg/l - Notes: 28 d
                Endpoint: NOEC - Species: Daphnia = 0.004 mg/l - Notes: 21 d
    12.2. Persistence and degradability
        N.A.
    12.3. Bioaccumulative potential
        N.A.
    12.4. Mobility in soil
        N.A.
    12.5. Results of PBT and vPvB assessment
        vPvB Substances: None - PBT Substances: None
    12.6. Other adverse effects
        None
        Not available data on the mixture

## SECTION 13: Disposal considerations
    13.1. Waste treatment methods
        Recover if possible. In so doing, comply with the local and national regulations currently in force.
        91/156/EEC, 91/689/EEC, 94/62/EC and subsequent amendments.
        Disposal of hardened product (EC waste code) :     08 04 10
        Disposal of not hardened product (EC waste code) :          08 04 14
        The suggested European waste code is just based on the composition of the product.
        According to the specific process or application field a different waste code may be necessary.

## SECTION 14: Transport information
    14.1. UN number
        Not classified as dangerous in the meaning of transport regulations.
    14.2. UN proper shipping name
        N.A.
    14.3. Transport hazard class(es)
        ADR-Upper number:            NA
        N.A.
    14.4. Packing group
        N.A.
    14.5. Environmental hazards
        Marine pollutant:            No
        N.A.
    14.6. Special precautions for user
        N.A.
    14.7. Transport in bulk according to Annex II of Marpol and the IBC Code
        No

## SECTION 15: Regulatory information
    15.1. Safety, health and environmental regulations/legislation specific for the substance or mixture
        Dir. 98/24/EC (Risks related to chemical agents at work)
        Dir. 2000/39/EC (Occupational exposure limit values)
        Regulation (EC) n. 1907/2006 (REACH)
        Regulation (EC) n. 1272/2008 (CLP)
        Regulation (EC) n. 790/2009 (ATP 1 CLP) and (EU) n. 758/2013
        Regulation (EU) 2015/830
        Regulation (EU) n. 286/2011 (ATP 2 CLP)
        Regulation (EU) n. 618/2012 (ATP 3 CLP)



**Safety Data Sheet**
**ECO PRIM T PLUS**

Regulation (EU) n. 487/2013 (ATP 4 CLP)
Regulation (EU) n. 944/2013 (ATP 5 CLP)
Restrictions related to the product or the substances contained according to Annex XVII Regulation (EC) 1907/2006 (REACH) and subsequent modifications:
Restrictions related to the product:
No restriction.
Restrictions related to the substances contained:
No restriction.
Legislative Decree no. 81 of the 9th of April 2008 Title XI "Dangerous substances - Chapter I - Protection against chemical agents"
Directive 2000/39/CE and s.m.i. (Professional threshold limit)
Legislative Decree no. 152 of the 3rd of April 2006 and subsequent modifications and additions. (Environmental regulations)
Directive 105/2003/CE (Seveso III): N.A.
ADR Agreement – IMDG Code – IATA Regulation
Wassergefärdungsklasse (WGK):          1
VOC (2004/42/EC) :           N.A. g/l

Provisions related to directive EU 2012/18 (Seveso III):
Seveso III category according to Annex 1, part 1
None

15.2. Chemical safety assessment
No

## SECTION 16: Other information

Text of phrases referred to under heading 3:
H315 Causes skin irritation.
H318 Causes serious eye damage.
H317 May cause an allergic skin reaction.
H400 Very toxic to aquatic life.
H302 Harmful if swallowed.
H330 Fatal if inhaled.
H411 Toxic to aquatic life with long lasting effects.
H314 Causes severe skin burns and eye damage.
H410 Very toxic to aquatic life with long lasting effects.
H301 Toxic if swallowed.
H311 Toxic in contact with skin.
H331 Toxic if inhaled.
This document was prepared by a competent person who has received appropriate training.
Main bibliographic sources:
NIOSH - Registry of toxic effects of chemical substances
ECDIN - Environmental Chemicals Data and Information Network - Joint Research Centre, Commission of the European Communities
The information contained herein is based on our state of knowledge at the above-specified date. It refers solely to the product indicated and constitutes no guarantee of particular quality.
It is the duty of the user to ensure that this information is appropriate and complete with respect to the specific use intended.
This MSDS cancels and replaces any preceding release.

ADR:             European Agreement concerning the International Carriage of



**Safety Data Sheet**
**ECO PRIM T PLUS**

| | |
|---|---|
| | Dangerous Goods by Road. |
| CAS: | Chemical Abstracts Service (division of the American Chemical Society). |
| CLP: | Classification, Labeling, Packaging. |
| DNEL: | Derived No Effect Level. |
| EINECS: | European Inventory of Existing Commercial Chemical Substances. |
| GefStoffVO: | Ordinance on Hazardous Substances, Germany. |
| GHS: | Globally Harmonized System of Classification and Labeling of Chemicals. |
| IATA: | International Air Transport Association. |
| IATA-DGR: | Dangerous Goods Regulation by the "International Air Transport Association" (IATA). |
| ICAO: | International Civil Aviation Organization. |
| ICAO-TI: | Technical Instructions by the "International Civil Aviation Organization" (ICAO). |
| IMDG: | International Maritime Code for Dangerous Goods. |
| INCI: | International Nomenclature of Cosmetic Ingredients. |
| KSt: | Explosion coefficient. |
| LC50: | Lethal concentration, for 50 percent of test population. |
| LD50: | Lethal dose, for 50 percent of test population. |
| LTE: | Long-term exposure. |
| PNEC: | Predicted No Effect Concentration. |
| RID: | Regulation Concerning the International Transport of Dangerous Goods by Rail. |
| STE: | Short-term exposure. |
| STEL: | Short Term Exposure limit. |
| STOT: | Specific Target Organ Toxicity. |
| TLV: | Threshold Limiting Value. |
| TWATLV: | Threshold Limit Value for the Time Weighted Average 8 hour day. (ACGIH Standard). |
| OEL: | Substance with a Union workplace exposure limit. |
| VLE: | Threshold Limiting Value. |
| WGK: | German Water Hazard Class. |
| TSCA: | United States Toxic Substances Control Act Inventory |
| DSL: | DSL - Canadian Domestic Substances List |
| N.A.: | Not available |

**Safety Data Sheet**
**SILANCOLOR  BASE COAT**

 01794 884294
www.limestuff.co.uk    info@limestuff.co.uk



---

# SECTION 1: Identification of the substance/mixture and of the company/undertaking

## 1.1. Product identifier
Mixture identification:

      Trade name:  SILANCOLOR  BASE COAT
      Trade code:  906C0000

## 1.2. Relevant identified uses of the substance or mixture and uses advised against
Recommended use: Colored undercoat
Uses advised against: Data not available

## 1.3. Details of the supplier of the safety data sheet
Company: MAPEI U.K. Ltd - Mapei House Steel Park Road
      Halesowen - West Midlands B62 8HD
      www.mapei.co.uk (office hour 8:30-17:30)
Responsable: sicurezza@mapei.it

## 1.4. Emergency telephone number
call NHS 111 or a doctor/OHES Environmental Ltd   +44(0)1684 299 886
phone: +44(0)121 508 6970 - fax: +44(0)121 5086 960

---

# SECTION 2: Hazards identification

## 2.1. Classification of the substance or mixture

### Regulation (EC) n. 1272/2008 (CLP)

0           The product is not classified as hazardous according to Regulation EC 1272/2008 (CLP).

Adverse physicochemical, human health and environmental effects:
      No other hazards

## 2.2. Label elements

The product is not classified as hazardous according to Regulation EC 1272/2008 (CLP).

### Special Provisions:

EUH210          Safety data sheet available on request.

### Contains:

1,2-benzisothiazol-3(2H)-one

reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H -isothiazol-3-one [EC no. 220-239-6] (3:1)

### Special provisions according to Annex XVII of REACH and subsequent amendments:
None

## 2.3. Other hazards

      No PBT/vPvB Ingredients are present

Other Hazards: No other hazards

      This product contains crystalline silica (quartz sand). IARC has classified crystalline silica as a Group 1 carcinogen. Both IARC and NTP consider silica as a known human carcinogen. Evidence is based on the chronic and long-term exposure workers have had to respirable sized crystalline silica dust particles. Because this product is in liquid or paste form, it does not pose a dust hazard; therefore, this classification is not relevant. (Note: sanding of the hardened product may create a silica dust hazard)

---

# SECTION 3: Composition/information on ingredients

## 3.1. Substances
      N.A.

## 3.2. Mixtures
Mixture identification: SILANCOLOR  BASE COAT

**Hazardous components within the meaning of the CLP regulation and related classification:**

| Quantity | Name | Ident. Numb. | Classification | Registration Number |
|---|---|---|---|---|

| | | |
|---|---|---|
| ≥25 - <50 % | free crystalline silica (Ø >10 μ) | CAS:14808-60-7<br>EC:238-878-4 | |
| ≥5 - <10 % | free crystalline silica (Ø <10 μ) | CAS:14808-60-7<br>EC:238-878-4 | STOT RE 1, H372 |
| ≥0.005 - <0.01 % | 1,2-benzisothiazol-3(2H)-one; 1,2-benzisothiazolin-3-one | CAS:2634-33-5<br>EC:220-120-9<br>Index:613-088-00-6 | Skin Irrit. 2, H315; Eye Dam. 1, H318; Aquatic Acute 1, H400; Acute Tox. 4, H302; Skin Sens. 1, H317; Aquatic Chronic 2, H411 |
| <0.0015 % | reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H-isothiazol-3-one [EC no. 220-239-6] (3:1) | CAS:55965-84-9<br>EC:611-341-5<br>Index:613-167-00-5 | Aquatic Acute 1, H400; Aquatic Chronic 1, H410; Acute Tox. 3, H301; Skin Corr. 1C, H314; Skin Sens. 1A, H317; Acute Tox. 2, H310; Acute Tox. 2, H330; Eye Dam. 1, H318, M-Chronic:100, M-Acute:100 |
| <0.0015 % | 2-methyl-2H-isothiazol-3-one | CAS:2682-20-4<br>EC:220-239-6 | Acute Tox. 3, H311; Acute Tox. 3, H301; Eye Dam. 1, H318; Aquatic Acute 1, H400; Aquatic Chronic 1, H410; Acute Tox. 2, H330; Skin Corr. 1B, H314; Skin Sens. 1A, H317, M-Acute:10 |

## SECTION 4: First aid measures

**4.1. Description of first aid measures**

In case of skin contact:

    Wash with plenty of water and soap.

In case of eyes contact:

    Wash immediately with water.

In case of Ingestion:

    Do not induce vomiting, get medical attention showing the SDS and the hazard label.

In case of Inhalation:

    Remove casualty to fresh air and keep warm and at rest.

**4.2. Most important symptoms and effects, both acute and delayed**

    N.A.

**4.3. Indication of any immediate medical attention and special treatment needed**

Treatment:       N.A.

    (see paragraph 4.1)

## SECTION 5: Firefighting measures

**5.1. Extinguishing media**

Suitable extinguishing media:

    Water.

    Carbon dioxide (CO2).

Extinguishing media which must not be used for safety reasons:

    None in particular.

**5.2. Special hazards arising from the substance or mixture**

    Do not inhale explosion and combustion gases.

**5.3. Advice for firefighters**

    Use suitable breathing apparatus.

## SECTION 6: Accidental release measures

**6.1. Personal precautions, protective equipment and emergency procedures**

    Wear personal protection equipment.

    Remove persons to safety.

**6.2. Environmental precautions**

    Do not allow to enter into soil/subsoil. Do not allow to enter into surface water or drains.

    Limit leakages with earth or sand.

**6.3. Methods and material for containment and cleaning up**

    Suitable material for taking up: absorbing material, organic, sand

    Retain contaminated washing water and dispose it.

**6.4. Reference to other sections**

    See also section 8 and 13

## SECTION 7: Handling and storage

**7.1. Precautions for safe handling**

Avoid contact with skin and eyes, inhalation of vapours and mists.

Do not eat or drink while working.

See also section 8 for recommended protective equipment.

**7.2. Conditions for safe storage, including any incompatibilities**

Keep away from food, drink and feed.

Incompatible materials:

None in particular.

Instructions as regards storage premises:

Adequately ventilated premises.

**7.3. Specific end use(s)**

Recommendation(s)

None in particular

Industrial sector specific solutions:

None in particular

## SECTION 8: Exposure controls/personal protection

**8.1. Control parameters**

**List of components with OEL value**

| Component | OEL Type | Country | Ceiling | Long Term mg/m3 | Long Term ppm | Short Term mg/m3 | Short Term ppm | Behaviour | Note |
|---|---|---|---|---|---|---|---|---|---|
| free crystalline silica (Ø >10 μ) | NDS | POLAND | | 0,300 | | | | | frakcja respirabilna |
| | National | DENMARK | | 0,3 | | | | | DENMARK, inhalable aerosol inhalable aerosol |
| | National | DENMARK | | 0,100 | | | | | DENMARK, respirable aerosol respirable aerosol |
| | SUVA | GERMANY | | 0,150 | | | | | 50 μg/m³ (Partikel Durchmesser < 12 μm ) - TRGS 906 |
| | National | SWITZERLAND | | 0,15 | | | | | A |
| | ACGIH | NNN | | 0,025 | | | | | (R), A2 - Pulm fibrosis, lung cancer |
| | National | NORWAY | | 0,300 | | | | | K 7 |
| free crystalline silica (Ø <10 μ) | National | SWEDEN | | 0,100 | | | | | SWEDEN, respirable aerosol |
| | National | NORWAY | | 0,100 | | | | | K 7 |
| | NDS | POLAND | | 2,000 | | | | | frakcja wdychalna |
| | NDS | POLAND | | 0,300 | | | | | frakcja respirabilna |
| | National | DENMARK | | 0,3 | | 0,600 | | | DENMARK, inhalable aerosol inhalable aerosol |
| | National | DENMARK | | 0,100 | | 0,200 | | | DENMARK, respirable aerosol respirable aerosol |
| | ACGIH | NNN | | 0,025 | | | | | (R), A2 - Pulm fibrosis, lung cancer |
| | EU | NNN | | 0,025 | | | | | A2 (R) - Pulm fibrosis, lung cancer |
| | National | AUSTRIA | | 0,150 | | | | | A* |
| 2-methyl-2H-isothiazol-3-one | DFG | GERMANY | C | | | 0,4 | | | |
| | CHE | SWITZERLAND | | | | 0,4 | | | |

**8.2. Exposure controls**

Eye protection:

Not needed for normal use. Anyway, operate according good working practices.

Protection for skin:

No special precaution must be adopted for normal use.

Protection for hands:

Suitable materials for safety gloves; EN 374:

Polychloroprene - CR: thickness >=0,5mm; breakthrough time >=480min.

Nitrile rubber - NBR: thickness >=0,35mm; breakthrough time >=480min.

Butyl rubber - IIR: thickness >=0,5mm; breakthrough time >=480min.

Fluorinated rubber - FKM: thickness >=0,4mm; breakthrough time >=480min.

Respiratory protection:

Personal Protective Equipment should comply with relevant CE standards (as EN 374 for gloves and EN 166 for goggles), correctly maintained and stored. Consult the supplier to check the suitability of equipment against specific chemicals and for user information.

Hygienic and Technical measures

N.A.

Appropriate engineering controls:

N.A.

---

# SECTION 9: Physical and chemical properties
## 9.1. Information on basic physical and chemical properties

Appearance and colour:  paste various

Odour:  Characteristic

Odour threshold:  N.A.

pH:  8.00

Melting point / freezing point:  N.A.

Initial boiling point and boiling range:  N.A.

Flash point:  N.A.

Evaporation rate:  N.A.

Upper/lower flammability or explosive limits:  N.A.

Vapour density:  N.A.

Vapour pressure:  N.A.

Relative density:  1.50 g/cm3

Solubility in water:  partly soluble

Partition coefficient (n-octanol/water):  N.A.                - This product is a mixture

Auto-ignition temperature:  N.A.            - No explosive or spontaneous ignition in contact with air at room temperature

Decomposition temperature:  N.A.

Viscosity:  N.A.

Explosive properties:  N.A.        - No components with explosive properties

Oxidizing properties:  N.A.        - No component with oxidizing properties

Solid/gas flammability:  N.A.

## 9.2. Other information

No additional information

---

# SECTION 10: Stability and reactivity
## 10.1. Reactivity

Stable under normal conditions

## 10.2. Chemical stability

Stable under normal conditions

## 10.3. Possibility of hazardous reactions

None.

## 10.4. Conditions to avoid

Stable under normal conditions.

## 10.5. Incompatible materials

None in particular.

## 10.6. Hazardous decomposition products

None.

---

# SECTION 11: Toxicological information
## 11.1. Information on toxicological effects

**Toxicological information of the mixture:**

There is no toxicological data available on the mixture. Consider the individual concentration of each component to assess toxicological effects resulting from exposure to the mixture.

**Toxicological information on main components of the mixture**

| free crystalline silica (Ø >10 µ) | a) acute toxicity | LD50 Oral > 2000 mg/kg |
| | | LD50 Skin > 2000 mg/kg |

| free crystalline silica (Ø <10 µ) | a) acute toxicity | LD50 Oral Rat = 500 mg/kg |

| 1,2-benzisothiazol-3(2H)-one; 1,2-benzisothiazolin-3-one | a) acute toxicity | LD50 Oral Rat = 1020 mg/kg |

| reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H -isothiazol-3-one [EC no. 220-239-6] (3:1) | a) acute toxicity | LD50 Oral Rat = 457 mg/kg |
| | | LC50 Inhalation Rat = 2,36 mg/l 4h |
| | | LD50 Skin Rabbit = 660 mg/kg |
| | | LD50 Oral Rat = 53 mg/kg |

| 2-methyl-2H-isothiazol-3-one | a) acute toxicity | LD50 Oral Rat > 183 mg/kg |
| | | LD50 Skin Rat = 242 mg/kg |
| | | LD50 Skin Rabbit = 200 mg/kg |
| | | LD50 Oral Rat 232 mg/kg |
| | | LD50 Oral Rat = 120 mg/kg |
| | | LC50 Inhalation Rat = 0,11 mg/l 4h |

**If not differently specified, the information required in Regulation (EU)2015/830 listed below must be considered as N.A.**

  a) acute toxicity

  b) skin corrosion/irritation

  c) serious eye damage/irritation

  d) respiratory or skin sensitisation

  e) germ cell mutagenicity

  f) carcinogenicity

  g) reproductive toxicity

  h) STOT-single exposure

  Toxicological kinetics, metabolism and distribution information

  i) STOT-repeated exposure

  j) aspiration hazard

---

## SECTION 12: Ecological information

### 12.1. Toxicity

Adopt good working practices, so that the product is not released into the environment.

Eco-Toxicological Information:

**List of components with eco-toxicological properties**

| Component | Ident. Numb. | Ecotox Infos |
| --- | --- | --- |
| 1,2-benzisothiazol-3(2H)-one; 1,2-benzisothiazolin-3-one | CAS: 2634-33-5 - EINECS: 220-120-9 - INDEX: 613-088-00-6 | a) Aquatic acute toxicity : LC50 Fish = 2,15000 mg/L |
| | | b) Aquatic chronic toxicity : NOEC Algae = 0,04030 mg/L 72h |

| | | |
|---|---|---|
| reaction mass of: 5-chloro-2-methyl-4-isothiazolin-3-one [EC no. 247-500-7] and 2-methyl-2H-isothiazol-3-one [EC no. 220-239-6] (3:1) | CAS: 55965-84-9 - EINECS: 611-341-5 - INDEX: 613-167-00-5 | b) Aquatic chronic toxicity : EC50 Algae = 0,11000 mg/L 72h<br>a) Aquatic acute toxicity : EC50 Daphnia = 0,12 mg/L 48 |
| | | a) Aquatic acute toxicity : LC50 Fish = 0,22 mg/L 96 |
| | | a) Aquatic acute toxicity : EC50 Algae = 0,048 mg/L 72 |
| | | b) Aquatic chronic toxicity : NOEC Algae = 0,0012 mg/L 72 |
| | | b) Aquatic chronic toxicity : NOEC Fish = 0,098 mg/L  -  28 d |
| | | b) Aquatic chronic toxicity : NOEC Daphnia = 0,004 mg/L  -  21 d |
| 2-methyl-2H-isothiazol-3-one | CAS: 2682-20-4 - EINECS: 220-239-6 | a) Aquatic acute toxicity : LC50 Fish = mg/L 96 |
| | | a) Aquatic acute toxicity : LC50 Daphnia = mg/L 48 |
| | | a) Aquatic acute toxicity : EC50 Algae = mg/L 72 |
| | | b) Aquatic chronic toxicity : NOEC Daphnia = mg/L |

**12.2. Persistence and degradability**

N.A.

**12.3. Bioaccumulative potential**

N.A.

**12.4. Mobility in soil**

N.A.

**12.5. Results of PBT and vPvB assessment**

No PBT/vPvB Ingredients are present

**12.6. Other adverse effects**

N.A.

---

## SECTION 13: Disposal considerations

**13.1. Waste treatment methods**

Recover if possible. In so doing, comply with the local and national regulations currently in force.

A waste code according to European waste catalogue (EWC) cannot be specified, due to dependence on the usage. Contact an authorized waste disposal service.

Product:

Do not dispose of waste into sewers.

Do not contaminate ponds, waterways or ditches with chemical or used container.

Send to an authorized waste disposal service.

Contaminated packaging:

Empty remaining content.

Dispose of as unused product.

Do not re-use empty containers.

---

## SECTION 14: Transport information

Not classified as dangerous in the meaning of transport regulations.

**14.1. UN number**

N.A.

**14.2. UN proper shipping name**

N.A.

**14.3. Transport hazard class(es)**

N.A.

**14.4. Packing group**

N.A.

**14.5. Environmental hazards**

N.A.

**14.6. Special precautions for user**

N.A.

Road and Rail ( ADR-RID ) :

N.A.

ADR-Hazard identification number:   NA

Air ( IATA ) :

N.A.

Sea ( IMDG ) :

N.A.

**14.7. Transport in bulk according to Annex II of Marpol and the IBC Code**

N.A.

---

## SECTION 15: Regulatory information

**15.1. Safety, health and environmental regulations/legislation specific for the substance or mixture**

VOC (2004/42/EC) :    30 g/l

Dir. 98/24/EC (Risks related to chemical agents at work)

Dir. 2000/39/EC (Occupational exposure limit values)

Regulation (EC) n. 1907/2006 (REACH)

Regulation (EU) 2015/830

Regulation (EC) n. 1272/2008 (CLP)

Regulation (EC) n. 790/2009 (ATP 1 CLP) and (EU) n. 758/2013

Regulation (EU) n. 286/2011 (ATP 2 CLP)

Regulation (EU) n. 618/2012 (ATP 3 CLP)

Regulation (EU) n. 487/2013 (ATP 4 CLP)

Regulation (EU) n. 944/2013 (ATP 5 CLP)

Regulation (EU) n. 605/2014 (ATP 6 CLP)

Regulation (EU) n. 2015/1221 (ATP 7 CLP)

Regulation (EU) n. 2016/918 (ATP 8 CLP)

Regulation (EU) n. 2016/1179 (ATP 9 CLP)

Regulation (EU) n. 2017/776 (ATP 10 CLP)

Provisions related to directive EU 2012/18 (Seveso III):

N.A.

**German Water Hazard Class.**

N.A.

**Restrictions related to the product or the substances contained according to Annex XVII Regulation (EC) 1907/2006 (REACH) and subsequent modifications:**

Restrictions related to the product: 3, 40

Restrictions related to the substances contained: 28

**SVHC Substances:**

No data available

MAL-kode:    1-1 (1993)

**15.2. Chemical safety assessment**

No Chemical Safety Assessment has been carried out for the mixture.

---

## SECTION 16: Other information

| Code | Description |
|------|-------------|
| H372 | Causes damage to organs through prolonged or repeated exposure. |

| Code | Hazard class and hazard category | Description |
|------|----------------------------------|-------------|
| 3.9/1 | STOT RE 1 | Specific target organ toxicity — repeated exposure, Category 1 |

This document was prepared by a competent person who has received appropriate training.

Main bibliographic sources:

ECDIN - Environmental Chemicals Data and Information Network - Joint Research Centre, Commission of the European Communities

SAX's DANGEROUS PROPERTIES OF INDUSTRIAL MATERIALS - Eight Edition - Van Nostrand Reinold

The information contained herein is based on our state of knowledge at the above-specified date. It refers solely to the product indicated and constitutes no guarantee of particular quality.

It is the duty of the user to ensure that this information is appropriate and complete with respect to the specific use intended.

This SDS cancels and replaces any preceding release.

Legend to abbreviations and acronyms used in the safety data sheet:

ACGIH: American Conference of Governmental Industrial Hygienists

ADR: European Agreement concerning the International Carriage of Dangerous Goods by Road.

AND: European Agreement concerning the International Carriage of Dangerous Goods by Inland Waterways

ATE: Acute Toxicity Estimate

ATEmix: Acute toxicity Estimate (Mixtures)

BCF: Biological Concentration Factor

BEI: Biological Exposure Index

BOD: Biochemical Oxygen Demand

CAS: Chemical Abstracts Service (division of the American Chemical Society).

CAV: Poison Center

CE: European Community

CLP: Classification, Labeling, Packaging.

CMR: Carcinogenic, Mutagenic and Reprotoxic

COD: Chemical Oxygen Demand

COV: Volatile Organic Compound

CSA: Chemical Safety Assessment

CSR: Chemical Safety Report

DMEL: Derived Minimal Effect Level

DNEL: Derived No Effect Level.

DPD: Dangerous Preparations Directive

DSD: Dangerous Substances Directive

EC50: Half Maximal Effective Concentration

ECHA: European Chemicals Agency

EINECS: European Inventory of Existing Commercial Chemical Substances.

ES: Exposure Scenario

GefStoffVO: Ordinance on Hazardous Substances, Germany.

GHS: Globally Harmonized System of Classification and Labeling of Chemicals.

IARC: International Agency for Research on Cancer

IATA: International Air Transport Association.

IATA-DGR: Dangerous Goods Regulation by the "International Air Transport Association" (IATA).

IC50: half maximal inhibitory concentration

ICAO: International Civil Aviation Organization.

ICAO-TI: Technical Instructions by the "International Civil Aviation Organization" (ICAO).

IMDG: International Maritime Code for Dangerous Goods.

INCI: International Nomenclature of Cosmetic Ingredients.

IRCCS: Scientific Institute for Research, Hospitalization and Health Care

KSt: Explosion coefficient.

LC50: Lethal concentration, for 50 percent of test population.

LD50: Lethal dose, for 50 percent of test population.

LDLo: Leathal Dose Low

N.A.: Not Applicable

N/A: Not Applicable

N/D: Not defined/ Not available

NA: Not available

NIOSH: National Institute for Occupational Safety and Health

NOAEL: No Observed Adverse Effect Level

OSHA: Occupational Safety and Health Administration.

PBT: Persistent, Bioaccumulative and Toxic

PGK: Packaging Instruction

PNEC: Predicted No Effect Concentration.

PSG: Passengers

RID: Regulation Concerning the International Transport of Dangerous Goods by Rail.

STEL: Short Term Exposure limit.

STOT: Specific Target Organ Toxicity.

TLV: Threshold Limiting Value.

TWATLV: Threshold Limit Value for the Time Weighted Average 8 hour day. (ACGIH Standard).

vPvB: Very Persistent, Very Bioaccumulative.

WGK: German Water Hazard Class.

**Paragraphs modified from the previous revision:**

- 3. COMPOSITION/INFORMATION ON INGREDIENTS
- 5. FIRE-FIGHTING MEASURES
- 8. EXPOSURE CONTROLS/PERSONAL PROTECTION
- 11. TOXICOLOGICAL INFORMATION
- 12. ECOLOGICAL INFORMATION
- 13. DISPOSAL CONSIDERATIONS

- 14. TRANSPORT INFORMATION
- 15. REGULATORY INFORMATION



01794 884294

www.limestuff.co.uk        info@limestuff.co.uk