# EXHIBIT-4

4824-8719-2572.2



1144 E. Newport Center Drive, Deerfield Beach, Florida 33442

954-246-8888 | www.mapei.com | Follow us on   Keyword: MAPEI Americas

CONFIDENTIALITY NOTICE

THIS COMMUNICATION, INCLUDING ANY ATTACHMENT, MAY CONTAIN INFORMATION THAT IS PRIVATE, CONFIDENTIAL AND PROTECTED BY ATTORNEY-CLIENT OR OTHER PRIVILEGE, AND IS INTENDED ONLY FOR THE EXCLUSIVE USE OF THE INDIVIDUAL NAMED AS THE RECIPIENT.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR AND ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT TO THIS TRANSMISSION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY REPLY E-MAIL AND DELETE AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE.  RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR OTHER PRIVILEGE.



Anna Kryczka | Project Engineer
Tel: 954-254-0336
Email: akryczka@mapei.com

530 Industrial Dr, West Chicago, IL 60185
954-246-8888 | www.mapei.com
Follow us on social media at @MAPEIUSA


THIS COMMUNICATION, INCLUDING ANY ATTACHMENT, CONTAINS INFORMATION THAT IS CONFIDENTIAL AND IS INTENDED ONLY FOR THE EXCLUSIVE USE OF THE INDIVIDUAL NAMED AS THE RECIPIENT. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR AND ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT TO THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY REPLY E-MAIL AND DELETE AND DESTROY ALL COPIES OF THE ORIGINAL MESSAGE. THANK YOU.

-----Original Message-----
From: Daniel Smolko <ddsmolko@gmail.com>
Sent: Friday, December 31, 2021 5:50 PM
To: Kryczka, Anna <akryczka@mapei.com>
Subject: Self-Leveler Plus, Polymer Additives and Powder Drying

Ms. Anna Kryczka
MAPEI Americas
Project Engineer
530 Industrial Drive

West Chicago, IL 60185
Tel: (630) 293-5800

Dear Ms. Kryczka,

I became injured because of an ingredient in some of MAPEI's products, that have Polymers Additives, Isothiazolinones and are Dried.  I believe that the manufacturer of this ingredient should never have offered it to other manufacturers. I have attached the Discovery document.  You are required by Federal Law to Complete the Interrogatories (30 days).  Also attached are two additional files (a Presentation of Injuries and aToxicologist Report Concerning the Injuries).  I know once you see the questions and the content, why the Federal Court is requiring you to do this.  Most of these suits settle.  This has no bearing on you.  Thank you for your assistance.

Best Regards,

Dr. Daniel D. Smolko

Contact Information:
E-mail: ddsmolko@gmail.com
Phone: (484) 751-3410