**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

**DANIEL SMOLKO, ET AL.**                                                                         **PLAINTIFFS**

**V.**                                                                 **CIVIL ACTION NO: 6:21-cv-00025**

**MAPEI CORPORATION ET AL.**                                                                  **DEFENDANTS**

**ORDER**

Upon Motion of Defendant, Mapei Corporation for a protective order, sanctions, and to strike, it is hereby ordered as follows.

1. MAPEI's Motion for Protective Order is **GRANTED**. Plaintiffs shall be prohibited from serving discovery and/or communicating directly with MAPEI employees and must go through counsel;

2. MAPEI's counsel is awarded it costs and attorney fees associated with this Motion; and

3. MAPEI's Motion to Strike Plaintiffs' First Set of Interrogatories and Requests for Production of Documents to MAPEI Corp. is **GRANTED**.

**IT IS SO ORDERED** this _____ day of _____ 2022.

_____
United States District Judge