UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| DANIEL SMOLKO, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) No. 6:21-CV-25-CHB-HAI |
| MAPEI CORPORATION, *et al*, | ) ORDER |
| Defendants. | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

On January 7, 2022, Defendant Mapei Corporation filed a motion seeking (1) "a Protective Order directing Plaintiffs to refrain from communicating directly with MAPEI employees, serving discovery requests to anyone other than counsel for the parties, and to otherwise conduct themselves in accordance with the Federal Rules of Civil Procedure," (2) monetary sanctions against Plaintiffs, and (3) an order striking discovery requests plaintiffs allegedly served on Mapei employees. D.E. 45. **IT IS HEREBY ORDERED THAT** Plaintiffs **SHALL** file a response to Defendant's motion or before **Friday, January 21, 2022.** Plaintiffs are warned that "Failure to timely respond to a motion may be grounds for granting the motion." Joint Local Civil Rule 7.1(c).

To facilitate delivery, the Clerk of Court **SHALL** (in addition to the regular *pro se* mailing) email a copy of this Order to Plaintiffs at ddsmolko@gmail.com and lrsmolko@gmail.com.

This the 10th day of January, 2022.



Signed By:
*Hanly A. Ingram*
United States Magistrate Judge