# EXHIBIT-2



--------------- Forwarded Message ---------------
**From:** Lowe's Executive Customer Relations [execustservice@lowes.com]
**Sent:** 1/10/2022, 10:52 AM
**To:** ddsmolko@gmail.com
**Subject:** We're here to help.



## Important information from Lowe's

Dear Daniel Smolko,

I hope this email finds you well.

I attempted to contact you on 01/10/2022; however, that contact attempt was unsuccessful. Although I have been unable to reach you, Lowe's is eager to resolve this matter. I'll await a response from you, should you need further assistance.

You can contact me at (866) 284-8989 ext. 6589009 or by replying to this email. My office hours are Monday-Friday, 10 am to 6 pm EST. Please leave me a voicemail if I am unavailable and I will return your call as soon as possible. I look forward to speaking with you.

Thank you,

Cynthia
Lowe's Executive Customer Relations

