# EXHIBIT-3

| | |
|---|---|
| **From:** | Daniel Smolko |
| **To:** | Kennedy, Kate |
| **Subject:** | [EXT] Re: Smolko vs. Mapei and Lowe"s |
| **Date:** | Thursday, January 13, 2022 5:42:56 PM |

Correction of Previous Misquote - "You have been purposely running interference with the discovery process. And no more than 24 sets of discovery were sent out".

On 1/13/22, Daniel Smolko <ddsmolko@gmail.com> wrote:
> Ms. Kennedy,
>
> You have been purposely running interference with the discovery
> process. And no, more than 24 sets of discovery were not sent out.
>
> Thank you,
>
> Dan
>
>
>
> On 1/13/22, Kennedy, Kate <Kate.Kennedy@lewisbrisbois.com> wrote:
>> Dr. Smolko,
>>
>> It has come to my attention you have been serving discovery to Lowe's
>> employees directly in this case, and otherwise communicating with them
>> about
>> this case.
>>
>> All communications to Lowe's must go through me, or to Mr. Jackson, as we
>> are counsel of record for Lowe's. Please do not communicate any further
>> with Lowe's employees regarding this case.
>>
>> Thank you for your attention to this matter.
>>
>> Kate Kennedy
>>
>>
>>
>> [cid:Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png]    Kate L. Kennedy
>> Partner
>> Kate.Kennedy@lewisbrisbois.com
>>
>> T: 513.808.9914  F: 513.808.9912
>>
>> 250 East Fifth Street, Suite 2000, Cincinnati, OH 45202 |
>> LewisBrisbois.com<http://lewisbrisbois.com/>
>>
>> Representing clients from coast to coast. View our locations
>> nationwide.<http://lewisbrisbois.com/about/locations>
>>
>> This e-mail may contain or attach privileged, confidential or protected
>> information intended only for the use of the intended recipient. If you
>> are
>> not the intended recipient, any review or use of it is strictly

&gt;&gt; prohibited.
&gt;&gt; If you have received this e-mail in error, you are required to notify the
&gt;&gt; sender, then delete this email and any attachment from your computer and
&gt;&gt; any
&gt;&gt; of your electronic devices where the message is stored.
&gt;&gt;
&gt;