**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

**DANIEL SMOLKO, ET AL.**                                                                        **PLAINTIFFS**

**V.**                                       **CIVIL ACTION NO: 6:21-cv-00025**

**MAPEI CORPORATION ET AL.**                                            **DEFENDANTS**

**ORDER**

Upon Motion of Defendant, Lowe's Home Centers, LLC's Motion to Join Defendant Mapei Corporation Motions for a protective order, sanctions, and to strike, it is hereby ordered as follows.

1. Defendants' Motion for Protective Order is **GRANTED**. Plaintiffs shall be prohibited from serving discovery and/or communicating directly with Mapei or Lowe's employees and must go through counsel;

2. Mapei and Lowe's counsel is awarded it costs and attorney fees associated with this Motion; and

3. Mapei and Lowe's Motion to Strike Plaintiffs' First Set of Interrogatories and Requests for Production of Documents to Defendants is **GRANTED**.

**IT IS SO ORDERED** this _____ day of _____ 2022.

                                                             _____
                                                                   United States District Judge