UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| DANIEL SMOLKO, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 6:21-CV-25-CHB-HAI |
| ) | |
| MAPEI CORPORATION, *et al*, ) | ORDER |
| ) | |
| Defendants. ) | |
| ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On January 7, 2022, Defendant Mapei Corporation filed a motion seeking (1) "a Protective Order directing Plaintiffs to refrain from communicating directly with MAPEI employees, serving discovery requests to anyone other than counsel for the parties, and to otherwise conduct themselves in accordance with the Federal Rules of Civil Procedure," (2) monetary sanctions against Plaintiffs, and (3) an order striking discovery requests plaintiffs allegedly served on Mapei employees. D.E. 45. The Court ordered Plaintiffs to respond by January 21, and warned that a failure to timely respond could result in granting the motion. D.E. 47.

On January 18, Defendant Lowe's Home Centers, LLC, moved to join Defendant Mapei's motion. D.E. 50. Lowe's asks for the same relief, but in relation to its own employees. *Id*. Defendant Lowe's also attaches its own set of exhibits.

**IT IS HEREBY ORDERED THAT:**

(1)   The motion of Defendant Lowe's to join Defendant Mapei's motion for a protective order and for sanctions (D.E. 50) is **GRANTED**.

(2) Given the joinder of Defendant Lowe's and the introduction of additional exhibits, Plaintiffs' deadline to respond to the motion for a protective order and for sanctions (D.E. 45), as joined by Defendant Lowe's (D.E. 50) is **extended**. Plaintiffs **SHALL** file a response to Docket Entries 45 and 50 or before **Friday, January 28, 2022.** Plaintiffs are warned that "Failure to timely respond to a motion may be grounds for granting the motion." Joint Local Civil Rule 7.1(c). Any reply by Defendants shall be filed within fourteen days of Plaintiffs' response.

(3) To facilitate delivery, the Clerk of Court **SHALL** (in addition to the regular *pro se* mailing) email a copy of this Order to Plaintiffs at ddsmolko@gmail.com and lrsmolko@gmail.com.

This the 19th day of January, 2022.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge