# EXHIBIT-1

Case: 6:21-cv-00025-CHB-HAI Doc #: 62-1 Filed: 02/07/22 Page: 1 of 3 - Page ID#: 2049

| | |
|---|---|
| **From:** | Daniel Smolko |
| **To:** | Kennedy, Kate; Greg Jackson |
| **Subject:** | [EXT] Discovery to Defendants |
| **Date:** | Tuesday, January 18, 2022 8:33:11 PM |
| **Attachments:** | Plainttifs Discovery Mr David Carberry.pdf |
| | Plainttifs Discovery Ms Anna Kryczka.pdf |

Dear Ms. Kennedy and Mr. Jackson,

As demanded by Judge Ingram in our last teleconference, attached is the discovery to MAPEI.  Please make sure to send me the originals.

Ms. Ann Kryczka's email is: AKryczka@mapei.com

Mr. David Carberry's email is: DCarberry@mapei.com

Thank you,

Dr. Daniel Smolko

| | |
|---|---|
| **From:** | Daniel Smolko |
| **To:** | Kennedy, Kate; Greg Jackson |
| **Subject:** | [EXT] Discovery to Defendant Lowe"s Home Centers, LLC (Lowe"s) |
| **Date:** | Wednesday, January 19, 2022 5:16:44 PM |
| **Attachments:** | Plainttifs Discovery Mr Marvin Ellison.pdf |

Dear Ms. Kennedy and Mr. Jackson,

As demanded by Judge Ingram in our last teleconference, attached is
the discovery to Lowe's Home Centers, LLC (Lowe's).  Please make sure
to send me the originals.

Mr. Marvin Ellison's email is: Marvin.Ellison@lowes.com

Thank you,

Dr. Daniel Smolko