# EXHIBIT-2

Case: 6:21-cv-00025-CHB-HAI   Doc #: 62-2   Filed: 02/07/22   Page: 1 of 5 - Page ID#: 2052

4824-8719-2572.2

| | |
|---|---|
| **From:** | Kennedy, Kate |
| **To:** | "Daniel Smolko"; Greg Jackson |
| **Cc:** | Coffey, Sherry; Laura Mays |
| **Subject:** | Smolko vs. MAPEI - Meet and Confer |
| **Date:** | Friday, January 21, 2022 3:39:49 PM |
| **Attachments:** | #44 Smolko - Minute Order-12-27-2021 Telephonic Status Conference.pdf<br>#8 Smolko - Scheduling Order.pdf |

Dr. Smolko,

At the December 27 conference, I believe Judge Ingram directed the Plaintiffs to serve discovery requests in a manner calculated for responses compliant with the deadline.  Plaintiffs did not properly serve discovery to Lowe's or MAPEI until January 19, 2022.

In addition, Judge Ingram ordered Plaintiffs to fully respond to MAPEI and Lowe's discovery requests by January 10, 2022.  To date, we have not received any responses to Lowe's discovery and non-compliant responses to MAPEI's discovery.

I intend to bring these issues to the Court's attention, but before doing so, I believe Judge Ingram requires the parties to meet and confer regarding discovery disputes.  Please provide me a few days and times you would be available to have a conference to discuss discovery.

Thank you,

Kate

-----Original Message-----
From: Daniel Smolko <ddsmolko@gmail.com>
Sent: Friday, January 21, 2022 1:45 PM
To: Kennedy, Kate <Kate.Kennedy@lewisbrisbois.com>; Greg Jackson <Greg.Jackson@steptoe-johnson.com>
Cc: Coffey, Sherry <Sherry.Coffey@lewisbrisbois.com>; Stallmeyer, Mindy <Mindy.Stallmeyer@lewisbrisbois.com>; Laura Mays <laura.mays@steptoe-johnson.com>; Muller, Aimee <Aimee.Muller@lewisbrisbois.com>
Subject: [EXT] Re: Request for Proof of Immediate Service of Discovery

Ms. Kennedy and Mr. Jackson,

Please see attached.

Dr. Daniel D. Smolko

On 1/21/22, Daniel Smolko <ddsmolko@gmail.com> wrote:
> Dear Ms. Kennedy and Mr. Jackson,
>
> Judge Ingram demanded discovery from MAPEI Corporation and Lowe's Home
> Improvement, LLC in our last teleconference.  This is my third request
> for Discovery and also a Request for Proof of Immediate Service of
> Discovery on MAPEI Corporation and Proof of Immediate Service of
> Discovery on Lowe's Home Improvement, LLC.  Please send these to the
> court and you can copy me by e-mail.
>
> Again these were to be sent to:
>
> Ms. Ann Kryczka's email is: AKryczka@mapei.com
>
> Mr. David Carberry's email is: DCarberry@mapei.com

>
> Mr. Marvin Ellison's email is: Marvin.Ellison@lowes.com
>
> Thank you,
>
> Dr. Daniel D. Smolko
>

| | |
|---|---|
| **From:** | Kennedy, Kate |
| **To:** | Daniel Smolko; Greg Jackson |
| **Cc:** | Laura Mays |
| **Subject:** | RE: Smolko vs. MAPEI - Meet and Confer |
| **Date:** | Thursday, January 27, 2022 12:17:00 PM |

Dr. Smolko,

I have not received a response to my e-mail below.  Please provide a few days and times to meet and confer regarding discovery.  Thank you, Kate

-----Original Message-----
From: Kennedy, Kate
Sent: Friday, January 21, 2022 3:40 PM
To: 'Daniel Smolko' <ddsmolko@gmail.com>; Greg Jackson <Greg.Jackson@steptoe-johnson.com>
Cc: Coffey, Sherry <Sherry.Coffey@lewisbrisbois.com>; Laura Mays <laura.mays@steptoe-johnson.com>
Subject: Smolko vs. MAPEI - Meet and Confer

Dr. Smolko,

At the December 27 conference, I believe Judge Ingram directed the Plaintiffs to serve discovery requests in a manner calculated for responses compliant with the deadline.  Plaintiffs did not properly serve discovery to Lowe's or MAPEI until January 19, 2022.

In addition, Judge Ingram ordered Plaintiffs to fully respond to MAPEI and Lowe's discovery requests by January 10, 2022.  To date, we have not received any responses to Lowe's discovery and non-compliant responses to MAPEI's discovery.

I intend to bring these issues to the Court's attention, but before doing so, I believe Judge Ingram requires the parties to meet and confer regarding discovery disputes.  Please provide me a few days and times you would be available to have a conference to discuss discovery.

Thank you,

Kate

-----Original Message-----
From: Daniel Smolko <ddsmolko@gmail.com>
Sent: Friday, January 21, 2022 1:45 PM
To: Kennedy, Kate <Kate.Kennedy@lewisbrisbois.com>; Greg Jackson <Greg.Jackson@steptoe-johnson.com>
Cc: Coffey, Sherry <Sherry.Coffey@lewisbrisbois.com>; Stallmeyer, Mindy <Mindy.Stallmeyer@lewisbrisbois.com>; Laura Mays <laura.mays@steptoe-johnson.com>; Muller, Aimee <Aimee.Muller@lewisbrisbois.com>
Subject: [EXT] Re: Request for Proof of Immediate Service of Discovery

Ms. Kennedy and Mr. Jackson,

Please see attached.

Dr. Daniel D. Smolko

On 1/21/22, Daniel Smolko <ddsmolko@gmail.com> wrote:
> Dear Ms. Kennedy and Mr. Jackson,
>
> Judge Ingram demanded discovery from MAPEI Corporation and Lowe's Home

\> Improvement, LLC in our last teleconference.  This is my third request
\> for Discovery and also a Request for Proof of Immediate Service of
\> Discovery on MAPEI Corporation and Proof of Immediate Service of
\> Discovery on Lowe's Home Improvement, LLC.  Please send these to the
\> court and you can copy me by e-mail.
\>
\> Again these were to be sent to:
\>
\> Ms. Ann Kryczka's email is: AKryczka@mapei.com
\>
\> Mr. David Carberry's email is: DCarberry@mapei.com
\>
\> Mr. Marvin Ellison's email is: Marvin.Ellison@lowes.com
\>
\> Thank you,
\>
\> Dr. Daniel D. Smolko
\>